IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )     CR No. 21-688
                               )     Washington, D.C.
          vs.                  )     June 16, 2022
                               )     11:34 a.m.
AHMAD IRAVANI,                 )
                               )
          Defendant.           )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Anne P. McNamara
                             DOJ-USAO
                             District of Columbia
                             555 4th Street NW
                             Washington, D.C. 20530
                             (202) 809-3502
                             Email:
                             anne.mcnamara2@usdoj.gov

APPEARANCES CONTINUED:

For the Government:        Brenda J. Johnson
                          DOJ-USAO
                          Criminal Division -
                          National Security Section
                          LRM: Most, Ernie
                          Judiciary Center Building
                          601 D Street, NW
                          Washington, D.C. 20530
                          (202) 252-7801
                          Email:
                          brenda.johnson@usdoj.gov

                          Jonathan P. Hooks
                          U.S. ATTORNEY'S OFFICE
                          /DISTRICT OF COLUMBIA
                          Cyber Crime Section,
                          Criminal Division
                          555 Fourth Street, NW
                          Room 4247
                          Washington, D.C. 20530
                          (202) 252-7796
                          Email:
                          jonathan.hooks@usdoj.gov

For the Defendant:        William F. Coffield
                          BERLINER,
                          CORCORAN & ROWE, L.L.P.
                          1101 17th Street, NW
                          Suite 1100
                          Washington, D.C. 20036-4798
                          (202) 293-5555
                          Email: WCoffield@bcr-dc.com

Probation Officer:        Sherry Baker

Court Reporter:           William P. Zaremba
                          Registered Merit Reporter
                          Certified Realtime Reporter
                          Official Court Reporter
                          E. Barrett Prettyman CH
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  All rise.  This Honorable Court
3    is now in session, the Honorable Randolph D. Moss presiding.
4            Please be seated and come to order.
5            Your Honor, this is Criminal Action 21-688, the
6    United States of America versus Ahmad Iravani.
7            The defendant is present in the courtroom.
8            Will counsel, starting with the government,
9    followed by defendant, please approach the podium and
10   identify yourselves for the record.
11           Appearing from Probation, Your Honor, is
12   Sherry Baker standing in for Carmen Newton.  Thank you.
13           MS. McNAMARA:  Good morning, Your Honor.
14   Anne McNamara on behalf of the United States.
15           And present at counsel table with me are AUSAs
16   Brenda Johnson and Jonathan Hooks.
17           THE COURT:  All right.  Good morning.
18           MS. McNAMARA:  Good morning.
19           MR. COFFIELD:  Good morning, Your Honor.
20   Bill Coffield on behalf of the defendant, Dr. Ahmed Iravani.
21   Dr. Iravani is present and ready to proceed.  Thank you,
22   Your Honor.
23           THE COURT:  Good morning.
24           All right.  We're here this morning for the
25   sentencing of the defendant, Ahmad Iravani, who's pleaded
```

1    guilty to Count 4 of the information, wire fraud, in

2    violation of 18 U.S.C. Section 1343.

3             I have reviewed the Presentence Report and the

4    recommendation from the Probation Office, I've reviewed the

5    parties' sentencing memoranda, I have reviewed the many

6    letters submitted on Mr. Iravani's behalf, and I've reviewed

7    a victim impact statement in the case.

8             Let me start by asking Mr. Coffield, are there any

9    other materials that you're going to request that I

10   consider?

11            MR. COFFIELD:  Not at this time, Your Honor.

12            THE COURT:  Okay.

13            And Ms. McNamara?

14            MS. McNAMARA:  No, Your Honor.

15            THE COURT:  All right.  Thank you.

16            So, Mr. Iravani, the sentencing today is going to

17   proceed through a number of different steps.  And I'm sure

18   that you and your family are anxious just to get to the

19   bottom line, but I have to go through all these steps,

20   because it's important that I know if there are any disputes

21   about various issues, and if there are, I need to hear the

22   parties and then resolve those disputes.  And I just need to

23   make sure that we're all in agreement with respect to the

24   Guidelines Range and how it applies in this case and the

25   factual background.

1           So the first step for today's hearing is for me to

2    determine whether you've reviewed the Presentence Report and

3    to resolve any outstanding issues relating to that.

4           Then the next step is for me to determine what the

5    right Guidelines calculation is in your case, and, again, if

6    there are any disputes, to resolve that, and also to decide

7    whether any departure is warranted in this case.

8           The third step is for me to hear from the

9    government lawyer, hear from your lawyer, hear from you,

10   hear from anyone else you would like to address the Court.

11          And then the final step is for me to fashion a

12   fair-and-just sentence in light of the factors that Congress

13   has specified in the statute, which is 18 U.S.C. Section

14   3553(a).  And then as part of that final step, I'll actually

15   impose sentence.

16          So let's start with the Presentence Report.  The

17   final Presentence Report and the sentencing recommendation

18   were filed in this matter on June 8th, 2022.

19          Ms. McNamara, does the government have any

20   objections to any of the factual material set forth in the

21   Presentence Report?

22          MS. McNAMARA:  No, Your Honor.

23          Just one small clerical item.  The defendant is

24   pleading to Count 1 of an information.

25          THE COURT:  Oh, I'm sorry.  Okay.  Thank you for

1    that clarification.

2              MS. McNAMARA:  No problem.

3              THE COURT:  Everyone agree with that?

4              MR. COFFIELD:  Yes, Your Honor.

5              THE COURT:  Okay.  Yes.  Thank you.

6              And, Mr. Coffield, does the defense have any

7    objection to any of the factual material set forth in the

8    Presentence Report?

9              MR. COFFIELD:  We do not, Your Honor.

10              THE COURT:  Okay.  Thank you.

11              So I will then accept the facts as set forth in

12    the Presentence Report as my findings of fact for purposes

13    of today's proceeding.

14              Mr. Coffield, is the defense going to have any

15    witnesses?  I'm happy to hear from anyone who would just

16    like to speak to the Court.

17              MR. COFFIELD:  I think Your Honor has gotten

18    enough letters.  I'm not planning on asking anybody else to

19    come up to talk.

20              THE COURT:  Is the government going to have any

21    witnesses?

22              MS. McNAMARA:  No, Your Honor.

23              THE COURT:  Okay.

24              And, Mr. Iravani, have you had enough time to

25    review the Presentence Report?

1              THE DEFENDANT:  Yes.

2              THE COURT:  You can speak into the mic.

3              I'm less concerned about your standing as long

4    you're near the microphone.

5              THE DEFENDANT:  Yes.

6              THE COURT:  Have you had enough time to review the

7    Presentence Report?

8              THE DEFENDANT:  Yes.

9              THE COURT:  And have you had enough time to confer

10   with your lawyer about it?

11             THE DEFENDANT:  Yes.

12             THE COURT:  And are you fully satisfied with the

13   assistance of your lawyer in this case?

14             THE DEFENDANT:  With his service?

15             THE COURT:  Yes.

16             THE DEFENDANT:  Yes, sir.

17             THE COURT:  Okay.

18             THE DEFENDANT:  Yes, sir.

19             THE COURT:  Well, as I said, then I will accept

20   the findings of fact as set forth in the Presentence Report

21   as my findings.

22             The Presentence Report lays out the Probation

23   Office's calculation of the advisory Guidelines as they

24   apply in this case.

25             And just let me summarize.  I don't think there's

1  any disagreement about this, but let's go through this and

2  make sure.

3          As a preliminary matter, Congress has imposed a

4  maximum sentence for the offense to which Mr. Iravani has

5  plead guilty, and the maximum statutory penalty for a

6  violation of 18 U.S.C. Section 1343 is 20 years.

7          Under the Guidelines, the parties agree that the

8  Base Offense Level is 7, and they agree that there should be

9  a six-level enhancement because the loss amount involved --

10  exceeds $45,000.

11          The government has represented that Mr. Iravani

12  has demonstrated acceptance of responsibility in a manner

13  that entitles him to a two-level reduction, and that leads

14  then to a total offense level of 11.

15          Everyone represents to the Court that Mr. Iravani

16  has no criminal history, and so he's in Criminal History

17  Category zero, which means that with an offense level of 11

18  and a Criminal History Category of I, the Guidelines

19  recommend a sentence between 18 [sic] and 14 months.

20          Any objection to any of that, Mr. Coffield?

21          MR. COFFIELD:  Your Honor, I think you said 18.

22  It's 8 to 14.

23          THE COURT:  I did.  You're right.  It's 8 to 14.

24  Yes.

25          MS. McNAMARA:  No objection from the government.

1          THE COURT:  Okay.  Thanks.

2          So under 18 U.S.C. Section 3583, the Court may

3  impose a term of supervised release of up to three years,

4  and the Guidelines recommend a term of supervised release in

5  between one year and three years.

6          Under 18 U.S.C. Section 3561(c)(1), the

7  defendant's eligible for one to five years of probation

8  because the offense is a Class C felony.

9          And under Section 5B1.2(a)(1) of the Guidelines,

10  the recommended term of probation is between one year and

11  three years.  The maximum fine is $250,000 or twice the

12  pecuniary gain or loss of the offense.  The Guidelines

13  recommend a fine between $4,000 and 40,000.

14          I understand that Mr. Iravani has agreed to pay

15  $50,657.06 in restitution to victim organization 1.  He's

16  also agreed to an Order of Forfeiture in the amount of

17  $50,657.06.

18          There's a mandatory special assessment of $100.

19          Anything to clarify or add to any of that,

20  Mr. Coffield?

21          MR. COFFIELD:  Your Honor, I just want to clarify

22  that the forfeiture is the payment of the 50,000 in

23  restitution.

24          THE COURT:  So I think it would be better to come

25  to the podium on this one.

1    So I have raised this as an issue in the past and

2    it's always struck me as strange.  But my understanding of

3    the law in this -- and this is my understanding of the

4    position of the Justice Department on this, although I'll

5    give Ms. McNamara an opportunity to clarify, maybe that's

6    not what the Justice Department anticipates in this case.

7    But as strange as it is, I've always understood

8    that under the statutes and the typical position of the

9    Justice Department, is the restitution and forfeiture are

10   treated as distinct.  And that typically the Justice

11   Department, as a matter of its discretion, declines to

12   enforce an Order of Forfeiture where there has been a

13   restitution.  But when I've asked that question in the past,

14   I've been told by the Justice Department, and I think I've

15   confirmed this myself by just looking at the statutes, that

16   they are, in fact, separate, as strange as that may seem.

17   MR. COFFIELD:  I just think the fairness of that,

18   Your Honor, given it's -- obviously, we would oppose both

19   and would ask that -- he's prepared to pay, whether it's

20   through forfeiture or whether he simply makes the payment

21   through the system, whether it's the Court or whether it's

22   the Justice Department, for purposes of making restitution,

23   we're happy to do that, but we certainly didn't want it to

24   be a double counting.

25   THE COURT:  Yeah.  I raised that concern in the

1    past, but let's see what Ms. McNamara has to say.

2           MR. HOOKS:  Your Honor, I agree complete -- sorry,

3    Your Honor, Jon Hooks on behalf of the government.  I'm just

4    going to handle this one issue.

5           THE COURT:  Sure.

6           MR. HOOKS:  But Your Honor is correct in his

7    statement of the Department's position that they're

8    separate.  And I believe that the characterization of weird

9    is one we've heard many other times.  I think Mr. Coffield

10   is not alone in finding it unusual and surprising.

11          In my personal experience, I have never seen the

12   Department not exercise its discretion to treat the monies

13   paid as restitution as satisfying the forfeiture.  But they

14   are separate, independent obligations, and we do intend to

15   go forward as we requested with both restitution as part of

16   the J&C and the Order of Forfeiture, because it's not --

17   it's actually not even my office's discretion, it's the

18   Money Laundering Section.

19          THE COURT:  That's what I've been told in the past

20   as well.

21          And I don't have a copy of the plea agreement in

22   front of me, but if it's the standard plea agreement,

23   I think they are set forth as separate obligations under the

24   plea agreement typically.

25          MR. HOOKS:  That's correct.

1          And, again, I fully understand that might be, for

2     lack of a better word, bracing or surprising, but

3     I personally have never seen, for lack of a better word,

4     double dip, and say, thanks for paying the restitution,

5     we're also going to execute on this Forfeiture Judgment.

6     But as I say, it's the department's Money Laundering

7     Section's call, not mine.

8               THE COURT:  All right.

9               Mr. Coffield.

10              MR. COFFIELD:  Your Honor, may I have the Court's

11    indulgence?

12              THE COURT:  Yes, please.

13              MR. COFFIELD:  Thank you.

14              THE COURT:  The one thing I do need to just ask

15    you is that anytime that the lawyer is speaking, you need to

16    make sure you're at a microphone, because the court reporter

17    is not going to hear you and get it down unless you're at a

18    microphone because he's wearing a headset.

19              (Pause)

20              MR. COFFIELD:  Your Honor, I would say that the

21    plea agreement, the way it is set out, it certainly would

22    lead -- it's, at a minimum, ambiguous, but would certainly

23    lead someone as myself to believe that the Order of

24    Forfeiture is for the restitution.

25              THE COURT:  Well, I mean, I guess the question for

1    you is whether you want to proceed today, because my --

2    I have had this come up probably a dozen times in the past

3    and the answer has always been the same.  But if you want,

4    we can suspend today's proceedings, reschedule so you have a

5    chance to brief that issue if you'd like to do so.

6            My understanding is and in every case where I've

7    had to do it, I've imposed separate orders.  And as

8    Mr. Hooks has indicated, it may be the Justice Department

9    doesn't usually exercise its discretion, but it's not his

10   office, and my understanding is that is the one that's

11   authorized to make that decision.

12           MR. COFFIELD:  I understand that, Your Honor.

13   I just -- I'm not sure how they're inconsistent if he's

14   agreeing to make restitution and then there would be an

15   Order of Forfeiture for the amount of that restitution.

16           THE COURT:  I completely agree that it's strange.

17   It strikes me as unfair.  But if that's the way Congress has

18   specified it and what the statutes say, it's not my decision

19   to depart from that if that's the way Congress has set it

20   up.  And as I said, my belief from having looked at this in

21   the past, is Congress has specified then as standalone,

22   separate items where they stack in the way that seems

23   strange.  And it's not to say that the Justice Department

24   will or won't, I have no idea how they'll exercise their

25   discretion here.

1            And I'm happy, if you think that I'm mistaken in

2    my understanding, if you want to suspend the proceedings

3    today and have a chance to brief the issue and address it,

4    you know, I share your instinct.  I mean, it does strike me

5    as troublesome.  But when I've looked at it in the past,

6    that, I think, has been the answer, but I would want to

7    provide you the opportunity.

8            The only problem is that once I enter judgment in

9    the case, I can only modify clerical errors typically.

10           MR. COFFIELD:  Understood.

11           THE COURT:  Therefore, so if we proceed today,

12   I need to make a decision.

13           And I can tell you that my current view on this

14   based on my past experience on this issue is that they are

15   separate.  But if you'd like to say, Judge, I want to take a

16   look at this, that's fine, and we can reschedule and come

17   back another time.

18           MR. COFFIELD:  Okay.  Your Honor.  If I might have

19   the Court's indulgence.

20           THE COURT:  Yes, you should consult with your

21   client.

22           MR. COFFIELD:  Oh, absolutely, Your Honor.

23   Thank you very much.

24           (Counsel conferred with the defendant off the

25   record.)

```
1              MR. COFFIELD:  Your Honor, after conferring with

2    the government and my client, I think we're ready to

3    proceed.

4              THE COURT:  Okay.  That's fine.  Thank you.

5              MR. COFFIELD:  Thank you for the Court's

6    indulgence.

7              THE COURT:  No.  Thank you.  I'm glad you

8    clarified that.

9              So after determining the proper

10   Guidelines sentence, I need to consider then whether

11   departure is warranted in this case.

12             And I believe that the plea agreement agrees the

13   parties are not going to seek a departure, correct?

14             MR. COFFIELD:  Correct, Your Honor.

15             MS. McNAMARA:  (Nodding head.)

16             THE COURT:  Yeah.  Correct.  Okay, I see nods of

17   heads.

18             And I don't see a basis for a departure in this

19   case as well.  I think given the Guidelines Range, that

20   there's sufficient flexibility regarding sentencing to

21   provide for a fair sentence in this case.

22             I do want to put on the record that the

23   Probation Office has recommended a sentence of eight months

24   of imprisonment, 12 months of supervised release, no fine,

25   restitution in the amount of $50,657.06, and a $100 Special
```

1    Assessment, and that recommendation is based purely on the

2    facts as set forth in the Presentence Report.

3         I now need to consider the relevant factors

4    Congress specified in 18 U.S.C. Section 3553(a) and must

5    ensure that the Court imposes a sentence that is sufficient

6    but not greater than necessary to comply with the purposes

7    of sentencing.

8         Those purposes include the need for the sentence

9    imposed to reflect the seriousness of the offense, to

10   promote respect for the law, and to provide just punishment

11   for the offense.

12        The sentence should also afford adequate

13   deterrence to the criminal conduct, protect the public from

14   future crimes of the defendant, and promote rehabilitation.

15        In addition to the Guidelines and policy

16   statements, I must consider the nature and circumstances of

17   the offense, the history and characteristics of the

18   defendant, the need for the sentence imposed, the

19   Guidelines Range, the need to avoid unwarranted sentence

20   disparities among defendants with similar records who've

21   been found guilty of similar conduct, and the types of

22   sentences available.

23        Let me start with the government.

24        Ms. McNamara, would the government like to be

25   heard with respect to the 3553(a) factors?

1          MS. McNAMARA:  Yes.  Briefly, Your Honor.

2          Thank you, Your Honor.

3          In advance of sentencing, the government has

4    worked closely with defense counsel, and I believe that we

5    have an almost entirely joint recommendation as to

6    sentencing here today with a couple small items.

7          THE COURT:  Okay.

8          MS. McNAMARA:  The government would first

9    incorporate its sentencing memo as set forth at Docket

10   Entry 36.

11         Accordingly and consistent with the factors to be

12   considered at sentencing embodied in 18 U.S.C. 3553(a), the

13   parties jointly recommend to the Court that the Court

14   sentence the defendant to a within-Guidelines term of three

15   years of probation, with the first eight months to be served

16   in home confinement with electronic monitoring.

17         We'd further jointly recommend that the defendant

18   be ordered to pay restitution to victim organization 1 in

19   the amount of $50,657.06.  And likewise be ordered to --

20   that the Court enter a forfeiture money judgment, the

21   proposed order as set forth in Docket Entry 36, in the same

22   amount.

23         In addition to that, the government believes that

24   such a sentence is sufficient but not greater than necessary

25   to comply with the purposes of sentencing.

1           Two additional things.  There is, obviously, as

2    the Court has referenced, the Special Assessment of $100.

3           The government is also recommending that the Court

4    impose a fine here in the amount of $34,228.  In support of

5    that, the government agrees with the unobjected-to PSR

6    paragraph 100, which notes that the defendant here is able

7    to pay a fine, and that amount of $34,228 is based on PSR

8    paragraph 118 and represents the expected cost to the

9    government based on the parties' joint sentence

10   recommendation.

11          Turning to the 3553(a) factors, again, the

12   government is going to rely primarily on the sentencing

13   memo; however, I would note the nature of the offense here.

14          This defendant, over the course of this fraud, had

15   repeated misconduct over multiple years.  This is not a

16   one-off offense.  And he took advantage of the trust that

17   was placed in him by victim organization 1.  It was

18   deliberate and he did it anyway.  And while there was a

19   relatively small loss amount, we note that this is not a

20   simple opportunity, this is over a course of multiple years

21   he chose to commit fraud.

22          And as for the history and characteristics of the

23   defendant, the government notes that this is not somebody

24   who's desperate.  He's a highly educated, intelligent,

25   wealthy individual, who has multiple degrees, owns numerous

1   properties, has investment accounts, a strong family, and

2   yet he still chose to do this.  He did not have to, he chose

3   to.

4           THE COURT:  Do you agree with the defense's

5   suggestion that the money did not go into Mr. Iravani's own

6   pocket and that he used the money for purposes of buying

7   gifts for his hosts or for participants in cultural

8   exchanges as part of a cultural custom?

9           MS. McNAMARA:  Not exactly, would be the answer in

10  short.

11          The government's position on this, and I've spoken

12  with defense counsel on this as recently as yesterday is,

13  I think we're all in agreement that of the funds he received

14  as a result of this fraud, a portion of them he kept and a

15  portion of them he used for the benefit of others.  So the

16  government would not agree that all of the funds were given

17  for the benefit of others, he kept a portion.

18          As for an exact accounting, I think all parties

19  agree that is not possible to know exactly dollars and cents

20  how much he kept versus how much he gave for these gifts.

21          THE COURT:  Is there a rough accounting possible,

22  you know, roughly 50/50, or 10 percent, 80 percent,

23  90 percent, even something -- or somewhere -- he kept

24  somewhere between 10 and 20 percent?

25          MS. McNAMARA:  I mean, not that I'm aware of.

1          But here's what I would note.  Based on the

2     investigation and information that was turned over in

3     discovery, there were other avenues with which the defendant

4     was provided funds in order to procure gifts, cash, other

5     items to attendees at conferences.  So noting that, the

6     government's position would be all of the money was

7     unlawfully obtained.  And if he then chose to use some small

8     portion of it to provide gifts, that is sort of secondary to

9     the actual fraud.

10          THE COURT:  No, no, I'm not suggesting that it is

11     a defense, but it does go to the character of the individual

12     in some respect.

13          MS. McNAMARA:  Absolutely, Your Honor.

14          So the short answer is, it's a mix; we think he

15     kept some and he used some to provide items for others.

16          THE COURT:  Okay.  Thank you.

17          Oh, I had another question for you while I've

18     already interrupted, which is, the parties are not clear

19     about whether they're seeking home detention or home

20     incarceration.

21          And the difference is that for home detention,

22     someone can leave for purposes of going to work, medical

23     visits, religious visits -- or services, attorney visits,

24     whereas home incarceration is much stricter and someone is

25     typically is not allowed to leave during the day.

1    MS. McNAMARA:  Your Honor, the government has no

2  problem with home detention.

3    I would note that the defendant reports to be

4  self-employed, so there is not some sort of office he needs

5  to be going to.

6    THE COURT:  Okay.  Thank you.

7    MS. McNAMARA:  And finally, just wrapping up on

8  the history and characteristics of the defendant, despite

9  that he was educated and still chose to do this, the

10  government does acknowledge that after he was arrested via a

11  complaint, he admitted responsibility, which saved the

12  government resources, and he was able to plead guilty to

13  Count 1 of an information, and he pled guilty after that.

14  And the recommended sentence today does factor in all those

15  above items in making that decision.

16    I'd also just note quickly for the record that the

17  victim impact statement has been submitted to the Court

18  under seal in docket entry 41.  The victim organization is

19  listening in today, but, I believe, wishes to stand on the

20  written statement.

21    THE COURT:  I appreciate you putting that on the

22  record.  That's a good thing to do, so thank you.

23    I had another question for you, which is, I'm

24  looking at paragraph 118 of the PSR.  And I'm not quite sure

25  how you get to your calculation with respect to the $34,000

1    fine that you're suggesting, because that talks about the

2    cost of imprisonment, which you're not seeking here.  And

3    the cost of community confinement, I think, is something

4    different than what we're talking about.  That would be like

5    a halfway house, I think.  And then it's $371 for

6    supervision.

7            MS. McNAMARA:  Well, the government would note --

8    I agree that -- let me back up.

9            My calculation was as follows:  For the eight

10   months of home confinement, I did use that community

11   confinement number, and that amounted to $23,840.  And then

12   after that, I added on 28 months at that $371 amount, which

13   was an additional $10,388.

14           I will let the Court know I'm not a math major.

15           THE COURT:  Nor am I.

16           MS. McNAMARA:  But that is how I ended up with the

17   $34,228 amount.

18           I note in speaking with Probation prior to the

19   start of the hearing, defense counsel and I had been

20   exploring various methods in which one can do electronic

21   monitoring, and that adds additional costs in a way that I

22   would anticipate the lesser probationary supervision dollar

23   value would not take into account.

24           So while I agree it's not an exact matchup, based

25   on speaking with Probation, it seems that that first eight

 1    months would bear more of a cost to the government than the

 2    remaining 28 months.

 3              THE COURT:  Okay.

 4              Are you done?  Go ahead.

 5              MS. McNAMARA:  Unless Your Honor has any other

 6    questions, at this point we'll stand on our briefs.

 7              THE COURT:  Thanks.

 8              I might just want to -- just before I hear from

 9    Mr. Coffield, I might just want to have a question for

10    Probation as to the cost of monitoring and have a rough

11    estimate.

12              MS. McNAMARA:  Absolutely.

13              PROBATION OFFICER:  Good afternoon, Your Honor.

14              THE COURT:  Good afternoon.

15              PROBATION OFFICER:  I don't readily know the cost

16    of location monitoring.  My understanding, I believe it's

17    definitely not more than $5 per day I would give as a fair

18    estimate.

19              The Court can always set a certain amount that he

20    is to pay towards the location-monitoring fees.

21              THE COURT:  And am I correct in understanding that

22    the $2,900 a month is for a halfway house, community

23    confinement, a halfway house?

24              PROBATION OFFICER:  Yes, community confinement

25    would be a halfway house or a residential re-entry center.

1          THE COURT:  That's super helpful.  Thank you.

2          Mr. Coffield.

3          MR. COFFIELD:  Your Honor, I think you kind of put

4    your finger on a problem that we've been dealing with, and

5    that was the use of those funds.

6          I think the -- obviously, we would say that the

7    majority of those funds were used for gifts; however, the

8    problem that we have is there are -- if there were records

9    that we could point to, I think we would be pointing to

10   them.  And there just aren't.  There was never a thought to

11   keep records about them, and so there never were records.

12         There are plenty of people that would say, and

13   you've read about people who were there and did receive

14   those gifts.  But that is one of the problems we have.  And

15   one of the reasons that the Statement of Facts notes that

16   the money was for his benefit and the benefit of others at

17   page 2 on the Statement of Offense.

18         Your Honor, as far as a fine goes, I would note

19   that Dr. Iravani is not very liquid.  The assets that he

20   does have he holds in -- the one business asset that he

21   holds is for the benefit of his son, and they actually work

22   together on that, and that provides housing for people, and

23   it is not an asset that's liquid.  In fact, he's losing

24   money on that.

25         I would also note that the Presentence Report was

1   prepared and the information that was given was done in

2   December.

3          I would note that -- I would highlight the fact

4   that the cryptocurrency market has greatly changed since

5   then.

6          I would note that his TD America [sic] account has

7   lost over 200,000.

8          He has no source of income at this point.

9          I think you can see that the Presentence Report

10  also showed that he was receiving a negative cash flow on

11  the properties that he owns, and then he's got outstanding

12  mortgages on all of the properties.

13         So his financial situation is -- just looking at

14  rough numbers, doesn't really reflect what's going on.  So

15  his liquidity is not good.

16         In terms -- the only other thing that I would add

17  in response to what the government said, he does not have an

18  office.  But as I will share with the government shortly,

19  there are a vast number of organizations that have been

20  waiting for this to be over so that he can aid them in their

21  missions.

22         And, Your Honor, just to jump into it if it

23  pleases the Court --

24         THE COURT:  Please.

25         MR. COFFIELD:  -- there's very little that I can

1  say that would add to the letters that have been sent to the

2  Court and that we attached as Exhibit 1.

3          I do note that that includes a former member of

4  Congress, a former Deputy Secretary of the Army, a former

5  Assistant Secretary of State, and an Orthodox Jewish

6  professor of law.

7          And while that sounds like the beginning of a very

8  bad inside-the-Beltway joke, those are just some of the

9  people that were supporting Dr. Iravani.

10          I think --

11          THE COURT:  I just want to say something for the

12  record about that.

13          I thought the letters of support for him were

14  remarkable.  But I am really hesitant to think that a letter

15  from a member of Congress or a former Assistant Secretary of

16  State should carry any greater weight with this Court than

17  the letter from someone who lives in the house next door and

18  observes him.

19          The reason I'm just reacting to that is, there is

20  a sort of -- I see a lot of people who appear before the

21  Court, who come from very impoverished backgrounds, who

22  don't have that type of access to those types of people, and

23  I don't think that the Court should giver greater weight to

24  letters --

25          MR. COFFIELD:  You're foreshadowing my next

1    statement, Your Honor.

2            THE COURT:  Okay.

3            MR. COFFIELD:  While that's impressive, I think

4    that the most impressive thing in the letters that you read

5    are from people that you may not have ever heard of before

6    and talked about the fact that this man treats the

7    shoe-shine boy at the hotel, he treats the person who gets

8    your car at the valet, he treats the janitor exactly the

9    same way as he treats those people, and that, to me,

10   Your Honor, is more impressive than the fact that he's got

11   letters from these other people.  So we absolutely agree on

12   that, Your Honor.

13           I think the other thing that is even more

14   significant than who may be writing letters on his behalf --

15   and the letters that were written on his behalf, I think,

16   are the organizations that want him to -- when, once this is

17   over, be able to work -- once he's past this, be able to

18   work with him.

19           And, Your Honor, I would note that the Center for

20   Interreligious Understanding, the Islamic Society of North

21   America, the Foundation for Religious Diplomacy, and

22   religious freedom international all actively want

23   Dr. Iravani to assist them.

24           And while he doesn't have an office, he's asked

25   typically not only to assist in these missions that are all

1  over the world, that take place in the Sahel in North

2  Africa, that are taking place in Auschwitz, Dekow.  He's

3  actively recruited by the Jewish community to bring clerics,

4  Muslim clerics, so that they get a full understanding and

5  agreement on recognition of the Holocaust and things along

6  those lines.

7          It's not just those trips.  He's asked

8  consistently to go and help get participants for those.

9  He's going amongst religious communities across the country,

10  not just going on these trips but recruiting people

11  throughout the year to join these trips, which is why we

12  asked that any period of home detention give him the

13  flexibility to work with these groups and continue the

14  dialogue of peace and bringing people together that is

15  reflected in all of the letters that he's received.

16          Your Honor, the --

17          THE COURT:  One thing I'll say, if I do impose a

18  sentence of home detention --

19          MR. COFFIELD:  Yes, Your Honor.

20          THE COURT:  -- it's going to be up to the

21  Probation Office to make decisions about what trips are

22  work-related and whether to approve those or not.  And it's

23  not going to be, I think, every trip overseas would

24  necessarily get approved, and the probation officer will

25  have to make a determination.

1           MR. COFFIELD:  And I agree, Your Honor.

2           In fact, Ms. McNamara and I talked with Probation

3    beforehand, and it was our understanding that there would be

4    no international travel.

5           THE COURT:  Okay.

6           MR. COFFIELD:  And as to how much domestic travel

7    there would be, it's unclear.

8           THE COURT:  Okay.

9           MR. COFFIELD:  But I also think that the Court, on

10   a case-by-case basis, could also order something during that

11   period of time depending on what it is.  And we can

12   certainly work with the government.

13          As the Court knows, it has signed off on travel

14   orders for Dr. Iravani presentencing, and he's complied with

15   all of the conditions that were put on him by Probation, not

16   only while he was there but while he was on those trips.

17          THE COURT:  Okay.

18          MR. COFFIELD:  Your Honor, Justice Sotomayor has

19   attributed with the quote that, "Good people can make bad

20   decisions.  It doesn't make them bad people."  Dr. Iravani

21   is a very good person.  He made a bad decision, and he's

22   before the Court asking the Court for its mercy and its

23   consideration.

24          THE COURT:  All right.  Thank you.

25          Mr. Iravani, would you like to address the Court?

```
 1              THE DEFENDANT:  Good afternoon, Your Honor.

 2              THE COURT:  Good afternoon.

 3              THE DEFENDANT:  May I just remove it?

 4              THE COURT:  Whatever you prefer.

 5              THE DEFENDANT:  Sorry for that.  I want to.

 6         It has been almost about two years now I have gone

 7    through this problem.  And this tremendously impacted our

 8    life, my family in particular, myself in health-wise,

 9    mentally, spiritually, prevented me from doing my

10    activities, which mainly was traveling all around the world,

11    mainly to the Middle East countries like Iraq or Iran or

12    elsewhere, try to help people who are seeking help in

13    different ways and try to bring religious leaders and people

14    of faith together.

15         I missed opportunity to go into World Economic

16    Forum.  I have been regular speaker there for last several

17    years, but this year I was not able to travel.

18         So these are all the issues that I'm suffering

19    because of the mistake I made, and I acknowledged that

20    already.

21         And we have gone through so many even financial

22    issues.  I lost my job at Catholic University because of

23    those pandemic issues like two months before this starts.

24         So, again, I'm really sorry to take your time and

25    everyone's time here for this issue.
```

1          And I'm just thankful to everyone for their

2   support and seeking Your Honor mercy to give me opportunity

3   to be able to be active at the time.  That life is too

4   short.  And that's the only concern I have.

5          THE COURT:  I appreciate that.  Thank you.

6          THE DEFENDANT:  Thank you.

7          MR. COFFIELD:  Would you like us to wait here?

8          THE COURT:  Well, is there anyone else you would

9   like to address the Court?

10          MR. COFFIELD:  No, Your Honor.

11          THE COURT:  Yeah, you can have a seat.

12          And anything else from the government at this

13   point?

14          MS. McNAMARA:  No, Your Honor.

15          THE COURT:  Probation?

16          PROBATION OFFICER:  Your Honor, I just contacted

17   our location monitoring specialist.  I just wanted to advise

18   the Court of what those costs are.

19          So the Court knows there's curfew, home detention,

20   and home incarceration.  And the types are GPS, radio

21   frequency, SmartLINK, and voice recognition.

22          The Court can specify what technology or the Court

23   can leave it at the discretion of the Probation Office of

24   which the Court stated.

25          The cost of radio frequency is $3.64 daily.

1          Voice recognition and SmartLINK are both a $1.50

2    daily.

3          Typically with low-risk offenders, I can tell the

4    Court that once an assessment has been done for risk,

5    typically they would be placed on voice recognition,

6    SmartLINK, or radio frequency.  GPS tends to be for

7    high-risk offenders.

8          THE COURT:  That makes sense.

9          Okay.  Thank you so much.

10         (Pause)

11         THE COURT:  All right.  So thank you, all.

12         I've assessed the particular facts of this case in

13   light of the 3553(a) factors, including the Sentencing

14   Guidelines, and I want to provide some remarks for the

15   record and for Mr. Iravani about my consideration.

16         Let me begin with my considerations with respect

17   to the nature of the offense.

18         It's obviously a serious offense.  It's an offense

19   which took place over a period of a time.  It wasn't simply

20   a one-time lapse in judgment.  And it was an offense

21   committed by somebody who certainly had the education and

22   the means to know better than committing an offense of that

23   nature.  It was a breach of trust.  So it's not by any means

24   an insignificant matter.  The dollar figures here were

25   neither huge nor de minimis.

1          With respect to the character of the offender,

2     I was enormously impressed with the letters that were filed

3     on Mr. Iravani's behalf, and more generally impressed by the

4     fact that it certainly appears me to that he is somebody who

5     has devoted his life to trying to help other people, has

6     devoted his life to the peace process, devoted his life to

7     improving communications from people who come from different

8     cultures, different religions and ways to avoid conflict.

9          And I'm confident that he's somebody who, if he

10    had put his mind to it, could have gone into a field in

11    which he could have made an enormous salary and enriched

12    himself in that regard.  And he's somebody who has chosen

13    the path that he did in an effort to try and make the world

14    a better place.

15         And so that obviously weighs heavily in my

16    consideration.  I think it weighs heavily, quite frankly, in

17    the government's approach to this case.  I don't think the

18    government would be making the recommendations it's making

19    in this case if it wasn't for that background.

20         And I think it also relates to what the victim

21    organization's reaction to these circumstances were.  No one

22    condones what happened, but everyone also does appreciate

23    that but for the significant missteps that Mr. Iravani made

24    here, he has lived a life devoted to trying to help other

25    people to avoid conflict and to make the world a better

place.

The Guidelines recommend a sentence between 18 [sic] to 14 months of incarceration.  As noted, the government seeks three years of probation, with the first eight months to be served on home detention, and that defendant be ordered to pay $50,657.06 in restitution and $50,657.06 in a money forfeiture, as well as a fine in the amount of $34,228.  I think that the defense largely agrees with their recommendation except for the fine, but also agrees that a period of probation with home detention would be appropriate in this case.

Mr. Iravani's counsel has requested to be furloughed during home confinement to allow him to participate in organizations requesting his assistance with his peace mission.  And as I mentioned earlier, the Probation Office has recommended a sentence of eight months, with 12 months of supervised release, as well as restitution and a Special Assessment.

I'll now impose sentence:

Pursuant to the Sentencing Reform Act of 1984 and in consideration of the provisions of 18 U.S.C. Section 3553, as well as the advisory Sentencing Guidelines, it's hereby the judgment of the Court that you, Ahmed Iravani, are hereby sentenced to a term of 36 months of probation on Count 1 of the information; you are -- during the first

1    eight months of that period of probation, you shall be

2    subject to home detention.

3            In addition, you're ordered to pay a special

4    assessment in the amount of $100, in accordance with

5    18 U.S.C. Section 3013.

6            While on probation, you shall abide by the

7    following mandatory conditions, as well as the standard

8    conditions of probation which are imposed to establish the

9    basic expectations of your conduct while on probation:

10           You must not commit another federal, state, or

11   local crime; you must not unlawfully possess a controlled

12   substance; you must refrain from any unlawful use of a

13   controlled substance; you must submit to one drug test

14   within 15 days of placement on supervision and at least two

15   periodic drug tests thereafter.

16           Does Probation think that I should waive the drug

17   testing?

18           PROBATION OFFICER:  Your Honor, looking at his

19   substance-abuse history, which there is none based on

20   paragraph 76, the Court does have the discretion to waive

21   the mandatory drug testing.

22           THE COURT:  Any objection from the government?

23           MS. McNAMARA:  No, Your Honor.

24           THE COURT:  So I'm going to waive the drug testing

25   requirement.

1          You must cooperate in the collection of DNA as

2    directed by the probation officer.

3          You must make restitution in accordance with

4    18 U.S.C. Sections 3663 and 3663(a) and any other statute

5    authorizing a sentence of restitution.

6          You must participate in the location-monitoring

7    program for the eight-month period at the beginning of your

8    probation and shall abide by all technology requirements as

9    determined by the probation officer.  You may be required to

10   maintain a telephone at your place of residence without any

11   service that would interfere with the operation of

12   location-monitoring equipment for the above period.

13         At the discretion of the probation officer, unless

14   otherwise ordered by the Court, you may be required to wear

15   a location-monitoring device that may include Global

16   Positioning System and/or random tracking.

17         I defer to the Probation Office with respect to

18   the appropriate form of location monitoring.

19         You must follow the location monitoring procedures

20   specified by the Probation Office.

21         You're restricted to your residence at all times

22   except for employment, education, religious services,

23   medical substance abuse or mental health treatment, attorney

24   visits, court appearances, court-ordered obligations,

25   medical visits, or other activities as approved by your

1    probation officer.

2         You must provide the Probation Office access to

3    any requested information and authorize the release of any

4    financial information.  The Probation Office may share the

5    financial information with the United States Attorney's

6    Office.  You must not incur new credit charges or open

7    additional lines of credit without the approval of the

8    probation officer.

9         Restitution shall be made to the Clerk of the

10   Court for the United States District Court for the District

11   of Columbia for disbursement to the following victim, and

12   I'm going to assume to victim organization 1, in the amount

13   of $50,657.06.

14        You must pay the balance of any restitution owed

15   at a rate of not less than $500 each month and provide

16   verification to the Probation Office.

17        If the judgment imposed is a financial penalty,

18   you must pay the financial penalty in accordance with the

19   schedule of payment sheet of the judgment.

20        You must also notify the Court of any change in

21   economic circumstances that might affect your ability to pay

22   the financial penalty.

23        In light of the cost of the location monitoring

24   and given the fact that Mr. Iravani is already going to be

25   paying a substantial amount in restitution and subject as

1  well to a forfeiture order, I'm going to impose a fine but
2  I'm going to impose a fine in the amount of a thousand
3  dollars.
4        And I conclude that although the Guidelines
5  recommends a fine at the low end of $4,000, I think, given
6  these circumstances, it's appropriate to vary downward to a
7  thousand dollars, particularly given the nature of
8  Mr. Iravani's character that I've previously discussed, as
9  well as the other financial obligations that he will be
10 under and the financial stress he's going to be under,
11 I think it's appropriate to vary down to a thousand dollars,
12 particularly given the actual cost of the minimal
13 supervision that he'll be under and the monitoring.
14        The financial obligations are immediately payable
15 to the Clerk of the Court for the United States
16 District Court, 333 Constitution Avenue, Northwest,
17 Washington, D.C. 20001.
18        Within 30 days of any change of address, you shall
19 notify the Clerk of the Court of the change until such time
20 as the financial obligation is paid in full.
21        The Probation Office shall release the presentence
22 investigation report to all appropriate agencies, which
23 includes the United States Probation Office in the approved
24 district of residence, in order to execute the sentence of
25 the Court.

1      Treatment agencies shall return the Presentence

2  Report to the Probation Office upon the defendant's

3  completion or termination from treatment.

4      Pursuant to Rule 32.2(a) of the Federal Rules of

5  Criminal Procedure, you're ordered to forfeit a money

6  judgment in the amount of $50,657.06.

7      I will enter the parties' Proposed Order of

8  Forfeiture which is at docket 36-1 and incorporate that in

9  my judgment in this matter.

10      Pursuant to 18 U.S.C. Section 3742, you have a

11  right to appeal the sentence imposed by the Court if the

12  period of imprisonment is longer than the statutory maximum

13  or the sentence departs upward from the applicable

14  Sentencing Guidelines Range.  If you choose to appeal, you

15  must file an appeal within 14 days after the Court enters

16  judgment.

17      As defined in 28 U.S.C. Section 2255, you also

18  have a right to challenge the conviction entered or sentence

19  imposed if new and currently unavailable information becomes

20  available to you or on a claim that you received ineffective

21  assistance of counsel in entering a plea of guilty to the

22  offense of conviction or in connection with sentencing.  If

23  you're unable to afford the cost of an appeal, you may

24  request permission from the Court to file an appeal without

25  cost to you.

1          Pursuant to the *United States versus Hunter*, let

2    me ask whether there are any objections to the sentence

3    imposed that have not already been noticed for the record.

4          Ms. McNamara.

5          MS. McNAMARA:  No, Your Honor.

6          THE COURT:  All right.

7          And Mr. Coffield.

8          MR. COFFIELD:  No, Your Honor.

9          THE COURT:  Anything else that the parties think

10   that I should address before we conclude's today proceeding?

11          Is there a motion?

12          MS. McNAMARA:  There's no motion.  There was a

13   single count.

14          And nothing further from the government,

15   Your Honor.

16          THE COURT:  Okay.

17          And, Mr. Coffield, anything further?

18          MR. COFFIELD:  Nothing further from the defense.

19   Thank you.

20          Okay.  Well, thank you, all.

21          Mr. Iravani, I know that this has been a tough

22   period in your life and your family's life.  And I hope you

23   are able to just put this behind you and move on and

24   continue your work to try and make the world a better place.

25   So good luck to you.

1            THE DEFENDANT:  Thank you.

2            THE COURT:  Thank you.

3            COURTROOM DEPUTY:  All rise.

4            This Honorable Court stands in recess until

5    2:00 p.m.

6            (Proceedings concluded at 12:29 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__June 27, 2022_____     

                                 William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [2]** 3/2 41/3
**MR. COFFIELD: [31]**
3/19 4/11 6/4 6/9 6/17
8/21 9/21 10/17 12/10
12/13 12/20 13/12
14/10 14/18 14/22 15/1
15/5 15/14 24/3 25/25
26/25 27/3 28/19 29/1
29/6 29/9 29/18 31/7
31/10 40/8 40/18
**MR. HOOKS: [3]** 11/2
11/6 11/25
**MS. McNAMARA: [23]**
3/13 3/18 4/14 5/22 6/2
6/22 8/25 15/15 17/1
17/8 19/9 19/25 20/13
21/1 21/7 22/7 22/16
23/5 23/12 31/14 35/23
40/5 40/12
**PROBATION**
**OFFICER: [5]** 23/13
23/15 23/24 31/16
35/18
**THE COURT: [69]**
**THE DEFENDANT:**
**[12]** 7/1 7/5 7/8 7/11
7/14 7/16 7/18 30/1
30/3 30/5 31/6 41/1

**$**

**$1.50 [1]** 32/1
**$10,388 [1]** 22/13
**$100 [4]** 9/18 15/25
18/2 35/4
**$2,900 [1]** 23/22
**$23,840 [1]** 22/11
**$250,000 [1]** 9/11
**$3.64 [1]** 31/25
**$34,000 [1]** 21/25
**$34,228 [4]** 18/4 18/7
22/17 34/8
**$371 [2]** 22/5 22/12
**$4,000 [2]** 9/13 38/5
**$45,000 [1]** 8/10
**$5 [1]** 23/17
**$50,657.06 [8]** 9/15
9/17 15/25 17/19 34/6
34/7 37/13 39/6
**$500 [1]** 37/15

**/**

**/DISTRICT [1]** 2/9

**1**

**10 [2]** 19/22 19/24
**100 [1]** 18/6
**11 [2]** 8/14 8/17
**1100 [1]** 2/16
**1101 [1]** 2/15
**118 [2]** 18/8 21/24
**11:34 [1]** 1/6
**12 [2]** 15/24 34/17
**12:29 [1]** 41/6
**1343 [2]** 4/2 8/6
**14 [5]** 8/19 8/22 8/23
34/3 39/15

**16 [1]** 1/5
**17th [1]** 2/15
**18 [3]** 8/19 8/21 34/2
**18 U.S.C [11]** 4/2 5/13
8/6 9/2 9/6 16/4 17/12
34/21 35/5 36/4 39/10
**1984 [1]** 34/20

**2**

**20 [2]** 8/6 19/24
**200,000 [1]** 25/7
**20001 [2]** 2/22 38/17
**20036-4798 [1]** 2/16
**202 [5]** 1/15 2/6 2/12
2/17 2/23
**2022 [3]** 1/5 5/18 42/7
**20530 [3]** 1/15 2/5 2/11
**21-688 [2]** 1/4 3/5
**2255 [1]** 39/17
**252-7796 [1]** 2/12
**252-7801 [1]** 2/6
**27 [1]** 42/7
**28 [3]** 22/12 23/2 39/17
**293-5555 [1]** 2/17
**2:00 p.m [1]** 41/5

**3**

**30 [1]** 38/18
**3013 [1]** 35/5
**32.2 [1]** 39/4
**3249 [1]** 2/23
**333 [2]** 2/22 38/16
**3502 [1]** 1/15
**354-3249 [1]** 2/23
**3553 [7]** 5/14 16/4
16/25 17/12 18/11
32/13 34/22
**3561 [1]** 9/6
**3583 [1]** 9/2
**36 [3]** 17/10 17/21
34/24
**36-1 [1]** 39/8
**3663 [2]** 36/4 36/4
**3742 [1]** 39/10

**4**

**40,000 [1]** 9/13
**41 [1]** 21/18
**4247 [1]** 2/11
**4798 [1]** 2/16
**4th [1]** 1/14

**5**

**50 [1]** 19/22
**50,000 [1]** 9/22
**50/50 [1]** 19/22
**555 [2]** 1/14 2/10
**5555 [1]** 2/17
**5B1.2 [1]** 9/9

**6**

**601 [2]** 2/5
**688 [2]** 1/4 3/5

**7**

**76 [1]** 35/20
**7796 [1]** 2/12
**7801 [1]** 2/6

**80 [1]** 19/22
**809-3502 [1]** 1/15
**8th [1]** 5/18

**9**

**90 percent [1]** 19/23

**A**

**a.m [1]** 1/6
**abide [2]** 35/6 36/8
**ability [1]** 37/21
**able [7]** 18/6 21/12
27/17 27/17 30/17 31/3
40/23
**about [14]** 4/21 7/3
7/10 8/1 20/19 22/1
22/4 24/11 24/13 26/12
27/6 28/21 30/6 32/15
**above [3]** 21/15 36/12
42/4
**above-titled [1]** 42/4
**absolutely [4]** 14/22
20/13 23/12 27/11
**abuse [2]** 35/19 36/23
**accept [2]** 6/11 7/19
**acceptance [1]** 8/12
**access [2]** 26/22 37/2
**accordance [1]** 35/4
36/3 37/18
**Accordingly [1]** 17/11
**account [2]** 22/23 25/6
**accounting [2]** 19/18
19/21
**accounts [1]** 19/1
**acknowledge [1]** 21/10
**acknowledged [1]**
30/19
**across [1]** 28/9
**Act [1]** 34/20
**Action [1]** 3/5
**active [1]** 31/3
**actively [2]** 27/22 28/3
**activities [2]** 30/10
36/25
**actual [2]** 20/9 38/12
**actually [5]** 5/14 11/17
24/21
**add [3]** 9/19 25/16 26/1
**added [1]** 22/12
**addition [3]** 16/15
17/23 35/3
**additional [4]** 18/1
22/13 22/21 37/7
**address [6]** 5/10 14/3
29/25 31/9 38/18 40/10
**adds [1]** 22/21
**adequate [1]** 16/12
**admitted [1]** 21/11
**advance [1]** 17/3
**advantage [1]** 18/16
**advise [1]** 31/17
**advisory [2]** 7/23 34/22
**affect [1]** 37/21
**afford [2]** 16/12 39/23
**Africa [1]** 28/2
**after [6]** 15/1 15/9
21/10 21/13 22/12

**afternoon [4]** 23/13
23/14 30/1 30/2
**again [4]** 5/5 12/1
18/11 30/24
**agencies [2]** 38/22
39/1
**agree [12]** 6/3 8/7 8/8
11/2 13/16 19/4 19/16
19/19 22/8 22/24 27/11
29/1
**agreed [2]** 9/14 9/16
**agreeing [1]** 13/14
**agreement [8]** 4/23
11/21 11/22 11/24
12/21 15/12 19/13 28/5
**agrees [4]** 15/12 18/5
34/8 34/10
**ahead [1]** 23/4
**AHMAD [3]** 1/6 3/6
3/25
**Ahmed [2]** 3/20 34/23
**aid [1]** 25/20
**aided [1]** 2/24
**all [28]** 3/2 3/17 3/24
4/15 4/19 4/23 12/8
19/13 19/16 19/18 20/6
21/14 25/12 27/22
27/25 28/15 29/15
29/24 30/10 30/18
32/11 32/11 36/8 36/21
38/22 40/6 40/20 41/3
**All right [1]** 40/6
**allow [1]** 34/13
**allowed [1]** 20/25
**almost [2]** 17/5 30/6
**alone [1]** 11/10
**along [1]** 28/5
**already [4]** 20/18 30/20
37/24 40/3
**also [15]** 5/6 9/16 12/5
16/12 18/3 21/16 24/25
25/10 29/9 29/10 33/20
33/22 34/9 37/20 39/17
**although [2]** 10/4 38/4
**always [4]** 10/2 10/7
13/3 23/19
**am [3]** 22/15 23/21
26/14
**ambiguous [1]** 12/22
**AMERICA [4]** 1/3 3/6
25/6 27/21
**among [1]** 16/20
**amongst [1]** 28/9
**amount [18]** 8/9 9/16
13/15 15/25 17/19
17/22 18/4 18/7 18/19
22/12 22/17 23/19 34/8
35/4 37/12 37/25 38/2
39/6
**amounted [1]** 22/11
**Anne [2]** 1/13 3/14
**Anne McNamara [1]**
3/14
**anne.mcnamara2 [1]**
1/16
**another [4]** 14/17
20/17 21/23 35/10

**Answer [4]** 13/3 14/6
19/9 20/14
**anticipate [1]** 22/22
**anticipates [1]** 10/6
**anxious [1]** 4/18
**any [29]** 4/8 4/20 5/3
5/6 5/7 5/19 5/20 6/6
6/7 6/14 6/20 8/1 8/20
8/20 9/19 23/5 26/16
28/12 32/23 35/12
35/22 36/4 36/10 37/3
37/3 37/14 37/20 38/18
40/2
**anybody [1]** 6/18
**anyone [3]** 5/10 6/15
31/8
**anything [4]** 9/19
31/12 40/9 40/17
**anytime [1]** 12/15
**anyway [1]** 18/18
**appeal [5]** 39/11 39/14
39/15 39/23 39/24
**appear [1]** 26/20
**appearances [3]** 1/12
1/17 36/24
**Appearing [1]** 3/11
**appears [1]** 33/4
**applicable [1]** 39/13
**applies [1]** 4/24
**apply [1]** 7/24
**appreciate [3]** 21/21
31/5 33/22
**approach [2]** 3/9 33/17
**appropriate [5]** 34/11
36/18 38/6 38/11 38/22
**approval [1]** 37/7
**approve [1]** 28/22
**approved [3]** 28/24
36/25 38/23
**are [35]** 3/15 4/8 4/18
4/20 4/21 5/6 7/12 10/9
10/16 11/14 11/23
14/14 15/13 20/18 23/4
24/8 24/12 25/19 26/8
27/5 27/16 27/25 28/2
28/21 30/12 30/18
31/18 31/20 32/1 34/24
34/25 35/8 38/14 40/2
40/23
**aren't [1]** 24/10
**Army [1]** 26/4
**around [1]** 30/10
**arrested [1]** 21/10
**as [70]**
**As the [1]** 29/13
**ask [3]** 10/19 12/14
40/2
**asked [4]** 10/13 27/24
28/7 28/12
**asking [3]** 4/8 6/18
29/22
**assessed [1]** 32/12
**assessment [6]** 9/18
16/1 18/2 32/4 34/18
35/4
**asset [2]** 24/20 24/23
**assets [1]** 24/19
**assist [2]** 27/23 27/25

## A

assistance [3]  7/13 34/14 39/21
Assistant [2]  26/5 26/15
assume [1]  37/12
attached [1]  26/2
attendees [1]  20/5
attorney [2]  20/23 36/23
ATTORNEY'S [2]  2/8 37/5
attributed [1]  29/19
AUSAs [1]  3/15
Auschwitz [1]  28/2
authorize [1]  37/3
authorized [1]  13/11
authorizing [1]  36/5
available [2]  16/22 39/20
Avenue [2]  2/22 38/16
avenues [1]  20/3
avoid [3]  16/19 33/8 33/25
aware [1]  19/25

## B

back [2]  14/17 22/8
background [2]  4/25 33/19
backgrounds [1]  26/21
bad [4]  26/8 29/19 29/20 29/21
Baker [2]  2/18 3/12
balance [1]  37/14
Barrett [1]  2/21
Base [1]  8/8
based [7]  14/14 16/1 18/7 18/9 20/1 22/24 35/19
basic [1]  35/9
basis [2]  15/18 29/10
bcr [1]  2/17
bcr-dc.com [1]  2/17
be [44]
bear [1]  23/1
because [10]  4/20 8/9 9/8 11/16 12/16 12/18 13/1 22/1 30/19 30/22
becomes [1]  39/19
been [16]  10/12 10/14 11/19 13/3 14/6 16/21 21/17 22/19 24/4 25/19 26/1 30/6 30/16 32/4 40/3 40/21
before [7]  1/10 23/8 26/20 27/5 29/22 30/23 40/10
beforehand [1]  29/3
begin [1]  32/16
beginning [2]  26/7 36/7
behalf [7]  3/14 3/20 4/6 11/3 27/14 27/15 33/3
behind [1]  40/23
belief [1]  13/20
believe [6]  11/8 12/23 15/12 17/4 21/19 23/16

believes [2]  11/7 12/23
Beltway [1]  26/8
benefit [5]  19/15 19/17 24/16 24/16 24/21
BERLINER [1]  2/14
better [7]  9/24 12/2 12/3 32/22 33/14 33/25 40/24
between [6]  8/19 9/5 9/10 9/13 19/24 34/2
Bill [1]  3/20
Bill Coffield [1]  3/20
both [3]  10/18 11/15 32/1
bottom [1]  4/19
boy [1]  27/7
bracing [1]  12/2
breach [1]  32/23
Brenda [2]  2/2 3/16
brenda.johnson [1]  2/7
brief [2]  13/5 14/3
Briefly [1]  17/1
briefs [1]  23/6
bring [2]  28/3 30/13
bringing [1]  28/14
Building [1]  2/4
business [1]  24/20
buying [1]  19/6

## C

calculation [4]  5/5 7/23 21/25 22/9
call [1]  12/7
can [17]  7/2 13/4 14/9 14/13 14/16 20/22 22/20 23/19 25/9 25/20 25/25 29/11 29/19 31/11 31/22 31/23 32/3
car [1]  27/8
Carmen [1]  3/12
carry [1]  26/16
case [18]  4/7 4/24 5/5 5/7 7/13 7/24 10/6 13/6 14/9 15/11 15/19 15/21 29/10 29/10 32/12 33/17 33/19 34/11
cash [2]  20/4 25/10
Category [2]  8/17 8/18
Catholic [1]  30/22
center [3]  2/4 23/25 27/19
cents [1]  19/19
certain [1]  23/19
certainly [6]  10/23 12/21 12/22 29/12 32/21 33/4
Certified [1]  2/20
certify [1]  42/2
CH [1]  2/21
challenge [1]  39/18
chance [2]  13/5 14/3
change [3]  37/20 38/18 38/19
changed [1]  25/4
character [3]  20/11 33/1 38/8
characteristics [3]

characterization [1]  11/8
charges [1]  37/6
choose [1]  39/14
chose [5]  18/21 19/2 19/2 20/7 21/9
chosen [1]  33/12
circumstances [4]  16/16 33/21 37/21 38/6
claim [1]  39/20
clarification [1]  6/1
clarified [1]  15/8
clarify [3]  9/19 9/21 10/5
Class [1]  9/8
clear [1]  20/18
clerical [2]  5/23 14/9
clerics [2]  28/3 28/4
Clerk [3]  37/9 38/15 38/19
client [2]  14/21 15/2
closely [1]  17/4
Coffield [13]  2/14 3/20 4/8 6/6 6/14 8/20 9/20 11/9 12/9 23/9 24/2 40/7 40/17
collection [1]  36/1
COLUMBIA [1]  1/1 1/14 2/9 37/11
come [7]  3/4 6/19 9/24 13/2 14/16 26/21 33/7
commit [2]  18/21 35/10
committed [1]  32/21
committing [1]  32/22
communications [1]  33/7
communities [1]  28/9
community [5]  22/3 22/10 23/22 23/24 28/3
complaint [1]  21/11
complete [1]  11/2
completely [1]  13/16
completion [1]  39/3
complied [1]  29/14
comply [2]  16/6 17/25
computer [1]  6/24
computer-aided [1]  2/24
concern [2]  10/25 31/4
concerned [1]  7/3
conclude [1]  38/4
conclude's [1]  40/10
concluded [1]  41/6
conditions [3]  29/15 35/7 35/8
condones [1]  33/22
conduct [3]  16/13 16/21 35/9
confer [1]  7/9
conferences [1]  20/5
conferred [1]  14/24
conferring [1]  15/1
confident [1]  33/9
confinement [7]  17/16 22/3 22/10 22/11 23/23 23/24 34/13
confirmed [1]  10/15

Congress [8]  5/12 8/3 13/17 13/19 13/21 16/4 26/4 26/15
connection [1]  39/22
consider [4]  4/10 15/10 16/3 16/16
consideration [4]  29/23 32/15 33/16 34/21
considerations [1]  32/16
considered [1]  17/12
consistent [1]  17/11
consistently [1]  28/8
Constitution [2]  2/22 38/16
consult [1]  14/20
contacted [1]  31/16
continue [2]  28/13 40/24
CONTINUED [1]  2/1
controlled [2]  35/11 35/13
conviction [2]  39/18 39/22
cooperate [1]  36/1
copy [1]  11/21
CORCORAN [1]  2/15
correct [7]  11/6 11/25 15/13 15/14 15/16 23/21 42/3
cost [11]  18/8 22/2 22/3 23/1 23/10 23/15 31/25 37/23 38/12 39/23 39/25
costs [2]  22/21 31/18
could [4]  24/9 29/10 33/10 33/11
counsel [8]  3/8 3/15 14/24 17/4 19/12 22/19 34/12 39/21
count [5]  4/1 5/24 21/13 34/25 40/13
Count 1 [5]  5/24 21/13 34/25
Count 4 [1]  4/1
counting [1]  10/24
countries [1]  30/11
country [1]  28/9
couple [1]  17/6
course [2]  18/14 18/20
court [52]
court reporter [1]  12/16
Court's [3]  12/10 14/19 15/5
court-ordered [1]  36/24
courtroom [1]  3/7
CR [1]  1/4
credit [2]  37/6 37/7
crime [2]  2/9 35/11
crimes [1]  16/14
criminal [8]  2/3 2/10 3/5 8/16 8/16 8/18 16/13 39/5
CRR [2]  42/2 42/8

cryptocurrency [1]  25/4
cultural [2]  19/7 19/8
cultures [1]  33/8
curfew [1]  31/19
current [1]  14/13
currently [1]  39/19
custom [1]  19/8
Cyber [1]  2/9

## D

D.C [7]  1/5 1/15 2/5 2/11 2/16 2/22 38/17
daily [1]  31/25 32/2
Date [1]  42/7
day [2]  20/25 23/17
days [3]  35/14 38/18 39/15
dc.com [1]  2/17
de [1]  32/25
dealing [1]  24/4
December [1]  25/2
decide [1]  5/6
decision [5]  13/11 13/18 14/12 21/15 29/21
decisions [2]  28/21 29/20
declines [1]  10/11
defendant [19]  1/7 2/14 3/7 3/9 3/20 3/25 5/23 14/24 16/14 16/18 17/14 17/17 18/6 18/14 18/23 20/3 21/3 21/8 34/6
defendant's [2]  9/7 39/2
defendants [1]  16/20
defense [8]  6/6 6/14 17/4 19/12 20/11 22/19 34/8 40/18
defense's [1]  19/4
defer [1]  36/17
defined [1]  39/17
definitely [1]  23/17
degrees [1]  18/25
Dekow [1]  28/2
deliberate [1]  18/18
demonstrated [1]  8/12
depart [1]  13/19
Department [9]  10/4 10/6 10/9 10/11 10/14 10/22 11/12 13/8 13/23
department's [2]  11/7 12/6
departs [1]  39/13
departure [4]  5/7 15/11 15/13 15/18
depending [1]  29/11
Deputy [1]  26/4
desperate [1]  18/24
despite [1]  21/8
detention [9]  20/19 20/21 21/2 28/12 28/18 31/19 34/5 34/10 35/2
determination [1]  28/25
determine [1]  5/2 5/4

**D**

determined [1] 36/9
determining [1] 15/9
deterrence [1] 16/13
device [1] 36/15
devoted [4] 33/5 33/6 33/6 33/24
dialogue [1] 28/14
did [7] 8/23 18/18 19/2 19/5 22/10 24/13 33/13
didn't [1] 10/23
difference [1] 20/21
different [5] 4/17 22/4 30/13 33/7 33/8
dip [1] 12/4
Diplomacy [1] 27/21
directed [1] 36/2
disagreement [1] 8/1
disbursement [1] 37/11
discovery [1] 20/3
discretion [8] 10/11 11/12 11/17 13/9 13/25 31/23 35/20 36/13
discussed [1] 38/8
disparities [1] 16/20
disputes [3] 4/20 4/22 5/6
distinct [1] 10/10
district [9] 1/1 1/1 1/10 1/14 2/9 37/10 37/10 38/16 38/24
District Court [2] 37/10 38/16
Division [2] 2/3 2/10
DNA [1] 36/1
do [14] 6/9 10/23 11/14 12/14 13/5 13/7 15/22 19/2 19/4 21/9 21/22 22/20 26/3 28/17
Do you [1] 19/4
docket [4] 17/9 17/21 21/18 39/8
does [11] 5/19 6/6 14/4 20/11 21/10 21/14 24/20 25/17 33/22 35/16 35/20
doesn't [4] 13/9 25/14 27/24 29/20
doing [1] 30/9
DOJ [2] 1/13 2/2
DOJ-USAO [2] 1/13 2/2
dollar [2] 22/22 32/24
dollars [4] 19/19 38/3 38/7 38/11
domestic [1] 29/6
don't [7] 7/25 11/21 15/18 23/15 26/22 26/23 33/17
done [3] 23/4 25/1 32/4
door [1] 26/17
double [2] 10/24 12/4
down [2] 12/17 38/11
downward [1] 38/6
dozen [1] 13/2
Dr [1] 3/21
Dr. [6] 3/20 24/19 26/9

Dr. Ahmed [1] 3/20
Dr. Iravani [5] 24/19 26/9 27/23 29/14 29/20
drug [5] 35/13 35/15 35/16 35/21 35/24
during [4] 20/25 29/10 34/13 34/25

**E**

each [1] 37/15
earlier [1] 34/15
East [1] 30/11
economic [2] 30/15 37/21
educated [2] 18/24 21/9
education [2] 32/21 36/22
effort [1] 33/13
eight [8] 15/23 17/15 22/9 22/25 34/5 34/16 35/1 36/7
eight-month [1] 36/7
electronic [2] 17/16 22/20
eligible [1] 9/7
else [5] 5/10 6/18 31/8 31/12 40/9
elsewhere [1] 30/12
Email [4] 1/16 2/6 2/12 2/17
embodied [1] 17/12
employed [1] 21/4
employment [1] 36/22
end [1] 38/5
ended [1] 22/16
enforce [1] 10/12
enhancement [1] 8/9
enormous [1] 33/11
enormously [1] 33/2
enough [4] 6/18 6/24 7/6 7/9
enriched [1] 33/11
ensure [1] 16/5
enter [3] 14/8 17/20 39/7
entered [1] 39/18
entering [1] 39/21
enters [1] 39/15
entirely [1] 17/5
entitles [1] 8/13
entry [4] 17/10 17/21 21/18 23/25
Entry 36 [1] 17/10
equipment [1] 36/12
Ernie [1] 2/4
errors [1] 14/9
establish [1] 35/8
estimate [2] 23/11 23/18
even [4] 11/17 19/23 27/13 30/21
ever [1] 27/7
every [2] 13/6 28/23
everyone [4] 6/3 8/15 31/1 33/22
everyone's [1] 30/25

exactly [1] 19/9 19/19 27/8
exceeds [1] 8/10
except [2] 34/9 36/22
exchanges [1] 19/8
execute [2] 12/5 38/24
exercise [3] 11/12 13/9 13/24
Exhibit [1] 26/2
expectations [1] 35/9
expected [1] 18/8
experience [2] 11/11 14/14
exploring [1] 22/20

**F**

fact [10] 6/12 7/20 10/16 24/23 25/3 27/6 27/10 29/2 33/4 37/24
factor [1] 21/14
factors [6] 5/12 16/3 16/25 17/11 18/11 32/13
facts [4] 6/11 16/2 24/15 32/12
factual [4] 4/25 5/20 6/7
fair [3] 5/12 15/21 23/17
fairness [1] 10/17
faith [1] 30/14
family [3] 4/18 19/1 30/8
family's [1] 40/22
far [1] 24/18
fashion [1] 5/11
federal [2] 35/10 39/4
fees [1] 23/20
felony [1] 9/8
field [1] 33/10
figures [1] 32/24
file [2] 39/15 39/24
filed [2] 5/18 33/2
final [3] 5/11 5/14 5/17
finally [1] 21/7
financial [11] 25/13 30/21 37/4 37/5 37/17 37/18 37/22 38/9 38/10 38/14 38/20
finding [1] 11/10
findings [6] 6/12 7/20 7/21
fine [14] 9/11 9/13 14/16 15/4 15/24 18/4 18/7 22/1 24/18 34/7 34/9 38/1 38/2 38/5
finger [1] 24/4
first [6] 5/1 17/8 17/15 22/25 34/4 34/25
five [1] 9/7
flexibility [1] 15/20 28/13
flow [1] 25/10
follow [1] 36/19
followed [1] 3/9
following [2] 35/7 37/11

foregoing [1] 42/3
foreshadowing [1] 26/25
forfeit [1] 39/5
forfeiture [14] 9/16 9/22 10/9 10/12 10/20 11/13 11/16 12/5 12/24 13/15 17/20 34/7 38/1 39/8
form [1] 36/18
former [4] 26/3 26/4 26/4 26/15
forth [8] 5/20 6/7 6/11 7/20 11/23 16/2 17/9 17/21
Forum [1] 30/16
forward [1] 11/15
found [1] 16/21
Foundation [1] 27/21
Fourth [1] 2/10
frankly [1] 33/16
fraud [5] 4/1 18/14 18/21 19/14 20/9
freedom [1] 27/22
frequency [3] 31/21 31/25 32/6
front [1] 11/22
full [2] 28/4 38/20
fully [2] 7/12 12/1
funds [5] 19/13 19/16 20/4 24/5 24/7
furloughed [1] 34/13
further [4] 17/17 40/14 40/17 40/18
future [1] 16/14

**G**

gain [1] 9/12
gave [1] 19/20
generally [1] 33/3
get [6] 4/18 12/17 21/25 28/4 28/8 28/24
gets [1] 27/7
gifts [6] 19/7 19/20 20/4 20/8 24/7 24/14
give [4] 10/5 23/17 28/12 31/2
given [8] 10/18 15/19 19/16 25/1 37/24 38/5 38/7 38/12
giver [1] 26/23
glad [1] 15/7
Global [1] 36/15
go [8] 4/19 8/1 11/15 19/5 20/11 23/4 28/8 30/15
Go ahead [1] 23/4
goes [1] 24/18
going [22] 4/9 4/16 6/14 6/20 11/4 12/5 12/17 15/13 18/12 20/22 21/5 25/14 28/9 28/10 28/20 28/23 35/24 37/12 37/24 38/1 38/2 38/10
gone [3] 30/6 30/21 33/10

Good [14] 3/13 3/17 3/18 3/19 3/23 21/22 23/13 23/14 25/15 29/19 29/21 30/1 30/2 40/25
Good morning [5] 3/13 3/17 3/18 3/19 3/23
got [2] 25/11 27/10
gotten [1] 6/17
government [34] 1/13 2/2 3/8 5/9 5/19 6/20 8/11 8/25 11/3 15/2 16/23 16/24 17/3 17/8 17/23 18/3 18/5 18/9 18/12 18/23 19/16 21/1 21/10 21/12 22/7 23/1 25/17 25/18 29/12 31/12 33/18 34/4 35/22 40/14
government's [3] 19/11 20/6 33/17
GPS [2] 31/20 32/6
greater [4] 16/6 17/24 26/16 26/23
greatly [1] 25/14
groups [1] 28/13
guess [1] 12/25
Guidelines [18] 4/24 5/5 7/23 8/7 8/18 9/4 9/9 9/12 15/10 15/19 16/15 16/19 17/14 32/14 34/2 34/22 38/4 39/14
Guidelines Range [3] 4/24 15/19 16/19
Guidelines sentence [1] 15/10
guilty [6] 4/1 8/5 16/21 21/12 21/13 39/21

**H**

had [11] 6/24 7/6 7/9 13/2 13/7 18/14 20/17 21/23 22/19 32/21 33/10
halfway [4] 22/5 23/22 23/23 23/25
handle [1] 11/4
happened [1] 33/22
happy [3] 6/15 10/23 14/1
has [38] 5/13 6/17 8/3 8/4 8/11 8/12 8/16 9/14 10/12 11/1 13/3 13/8 13/17 13/19 13/21 14/6 15/23 17/3 18/2 18/25 19/1 21/1 21/17 23/5 25/4 25/6 25/8 29/13 29/18 30/6 32/4 33/5 33/5 33/12 33/24 34/12 34/16 40/21
have [45]
having [1] 13/20
he [46]
he'll [1] 38/13
he's [26] 8/16 9/15 10/19 12/18 13/13

| H | Hunter [1] 40/1 | impacted [1] 30/7 | Islamic [1] 27/20 | kept [5] 19/14 19/17 19/20 19/23 20/15 |
| --- | --- | --- | --- | --- |

**H**
he's... [15] 18/24 24/23 25/11 27/10 27/17 27/24 28/2 28/7 28/9 28/15 29/14 29/21 33/9 33/12 38/10
head [1] 15/15
heads [1] 15/17
headset [1] 12/18
health [2] 30/8 36/23
health-wise [1] 30/8
hear [8] 4/21 5/8 5/9 5/9 5/10 6/15 12/17 23/8
heard [3] 11/9 16/25 27/5
hearing [2] 5/1 22/19
heavily [2] 33/15 33/16
help [5] 28/8 30/12 30/12 33/5 33/24
helpful [1] 24/1
here [11] 3/24 13/25 17/6 18/4 18/6 18/13 22/2 30/25 31/7 32/24 33/24
here's [1] 20/1
hereby [3] 34/23 34/24
hesitant [1] 26/14
high [1] 32/7
high-risk [1] 32/7
highlight [1] 25/3
highly [1] 18/24
him [9] 8/13 18/17 26/13 26/18 27/16 27/18 28/12 29/15 34/13
himself [1] 33/12
his [18] 7/14 11/6 13/9 19/7 24/16 24/21 25/6 25/13 25/15 27/14 27/15 33/5 33/6 33/6 33/10 34/14 34/15 35/18
history [7] 8/16 8/16 8/18 16/17 18/22 21/8 35/19
holds [2] 24/20 24/21
Holocaust [1] 28/5
home [15] 17/16 20/19 20/19 20/21 20/24 21/2 22/10 28/12 28/18 31/19 31/20 34/5 34/10 34/13 35/2
Honor [52]
HONORABLE [4] 1/10 3/2 3/3 41/4
Hooks [4] 2/8 3/16 11/3 13/8
hope [1] 40/22
hosts [1] 19/7
hotel [1] 27/7
house [5] 22/5 23/22 23/23 23/25 26/17
housing [1] 24/22
how [8] 4/24 13/11 13/24 19/20 19/20 21/25 22/16 29/6
however [2] 18/13 24/7

**I**
I am [1] 26/14
I believe [5] 11/8 15/12 17/4 21/19 23/16
I can [4] 14/9 14/13 25/25 32/3
I did [1] 22/10
I don't [5] 7/25 23/15 33/17
I don't have [1] 11/21
I have [11] 4/3 4/5 4/19 10/1 11/11 12/10 13/2 13/24 30/6 30/16 31/4
I hope [1] 40/22
I just [8] 4/22 9/21 10/17 13/13 26/11 30/3 31/16 31/17
I know [2] 4/20 40/21
I mean [1] 12/25
I need [1] 14/12
I personally [1] 12/3
I say [1] 12/6
I should [2] 35/16 40/10
I think [24] 6/17 8/21 10/14 11/9 11/23 14/6 15/2 19/13 19/18 22/3 22/5 24/3 24/6 24/9 25/9 26/10 27/3 27/13 27/15 33/16 33/20 34/8 38/5 38/11
I thought [1] 26/13
I understand [2] 9/14 13/12
I want [3] 14/15 30/5 32/14
I was [2] 30/17 33/2
I will [5] 6/11 7/19 22/14 25/18 39/7
I would [1] 23/17
I'd [1] 21/16
I'll [4] 5/14 10/4 28/17 34/19
I'm [24] 4/17 5/25 6/15 6/18 7/3 11/3 13/13 14/1 14/1 15/7 19/25 20/10 21/23 21/24 22/14 26/19 30/18 30/24 31/1 33/9 35/24 37/12 38/1 38/2
I'm going [3] 35/24 38/1 38/2
I'm just [3] 11/3 26/19 31/1
I'm not [5] 6/18 13/13 20/10 21/24 22/14
I'm sorry [1] 5/25
I'm sure [1] 4/17
I've [14] 4/4 4/6 10/7 10/13 10/14 10/14 11/19 13/6 13/7 15/4 19/11 20/17 32/12 38/8
idea [1] 13/24
identify [1] 3/10
immediately [1] 38/14

impact [2] 4/1 4/10
impacted [1] 30/7
important [1] 4/20
impose [7] 5/15 9/3 18/4 28/17 34/19 38/1 38/2
imposed [9] 8/3 13/7 16/9 16/18 35/8 37/17 39/11 39/19 40/3
imposes [1] 16/5
impoverished [1] 26/21
impressed [2] 33/2 33/3
impressive [3] 27/3 27/4 27/10
imprisonment [3] 15/24 22/2 39/12
improving [1] 33/7
incarceration [4] 20/20 20/24 31/20 34/3
include [2] 16/8 36/15
includes [2] 26/3 38/23
including [1] 32/13
income [1] 25/8
inconsistent [1] 13/13
incorporate [2] 17/9 39/8
incur [1] 37/6
independent [1] 11/14
indicated [1] 12/8
individual [2] 18/25 20/11
indulgence [3] 12/11 14/19 15/6
ineffective [1] 39/20
information [10] 4/1 5/24 20/2 21/13 25/1 34/25 37/3 37/4 37/5 39/19
inside [1] 26/8
insignificant [1] 32/24
instinct [1] 14/4
intelligent [1] 18/24
intend [1] 11/14
interfere [1] 36/11
international [2] 27/22 29/4
Interreligious [1] 27/20
interrupted [1] 20/18
investigation [1] 20/2 38/22
investment [1] 19/1
involved [1] 8/9
Iran [1] 30/11
Iraq [1] 30/11
IRAVANI [22] 1/6 3/6 3/20 3/21 3/25 4/16 6/24 8/4 8/11 8/15 9/14 24/19 26/9 27/23 29/14 29/20 29/25 32/15 33/23 34/23 37/24 40/21
Iravani's [5] 4/6 19/5 33/3 34/12 38/8
is [99]
is there [3] 19/21 31/8

impacted [1] 30/7
Islamic [1] 27/20
issue [6] 10/1 11/4 13/5 14/3 14/14 30/25
issues [5] 4/21 5/3 30/18 30/22 30/23
it [41] 4/24 7/10 9/24 10/7 10/23 11/10 12/17 12/21 12/21 13/7 13/8 13/17 13/18 13/19 14/3 14/4 14/5 18/17 18/18 20/8 20/10 20/11 22/25 24/23 25/22 25/22 29/3 29/11 29/13 29/20 30/3 30/6 31/23 32/19 32/20 32/23 33/4 33/10 33/16 33/19 33/20
it would be [1] 9/24
it's [33] 4/20 8/22 8/23 10/2 10/18 10/19 10/21 10/21 11/16 11/17 11/17 11/22 12/6 12/22 13/9 13/16 13/18 13/23 20/14 22/5 22/24 23/16 28/7 28/20 28/22 29/7 32/18 32/18 32/23 33/18 34/22 38/6 38/11
item [1] 5/23
items [5] 13/22 17/6 20/5 20/15 21/15
its [6] 10/11 11/12 13/9 17/9 29/22 29/22

**J**
janitor [1] 27/8
Jewish [2] 26/5 28/3
job [1] 30/22
Johnson [2] 2/2 3/16
join [1] 28/11
joint [2] 17/5 18/9
jointly [2] 17/13 17/17
joke [1] 26/8
Jon [1] 11/3
Jonathan [2] 2/8 3/16
jonathan.hooks [1] 2/13
JUDGE [2] 1/10 14/15
judgment [10] 12/5 14/8 17/20 32/20 34/23 37/17 37/19 39/6 39/9 39/16
Judiciary [1] 2/4
jump [1] 25/22
June [3] 1/5 5/18 42/7
just [31] 4/18 4/22 5/12 5/23 6/15 7/25 9/21 10/15 10/17 11/3 12/14 13/13 16/10 21/7 21/16 23/8 23/8 23/9 24/10 25/13 25/22 26/8 26/11 26/19 28/7 28/10 30/3 31/1 31/16 31/17 40/23
Justice [9] 10/4 10/6 10/9 10/10 10/14 10/22 13/8 13/23 29/18

**K**
keep [1] 24/11

kept [5] 19/14 19/17 19/20 19/23 20/15
kind [1] 24/3
know [8] 4/20 14/4 19/19 19/22 22/14 23/15 32/22 40/21
knows [2] 29/13 31/19

**L**
L.L.P [1] 2/15
lack [2] 12/2 12/3
lapse [1] 32/20
largely [1] 34/8
last [1] 30/16
Laundering [2] 11/18 12/6
law [1] 10/3 16/10 26/6
lawyer [5] 5/9 5/9 7/10 7/13 12/15
lays [1] 7/22
lead [2] 12/22 12/23
leaders [1] 30/13
leads [1] 8/13
least [1] 35/14
leave [3] 20/22 20/25 31/23
less [2] 7/3 37/15
lesser [1] 22/22
let [7] 4/8 7/25 16/23 22/8 22/14 32/16 40/1
let's [3] 5/16 8/1 11/1
let's see [1] 11/1
letter [2] 26/14 26/17
letters [11] 4/6 6/18 26/1 26/13 26/24 27/4 27/11 27/14 27/15 28/15 33/2
level [5] 8/8 8/9 8/13 8/14 8/17
life [8] 30/8 31/3 33/5 33/6 33/6 33/24 40/22 40/22
light [3] 5/12 32/13 37/23
like [12] 5/10 6/16 13/5 14/15 16/24 22/4 26/7 29/25 30/11 30/23 31/7 31/9
likewise [1] 17/19
line [1] 4/19
lines [2] 28/6 37/7
liquid [2] 24/19 24/23
liquidity [1] 25/15
listening [1] 21/19
little [1] 25/25
lived [1] 33/24
lives [1] 26/17
local [1] 35/11
location [2] 23/16 23/20 31/17 36/6 36/12 36/15 36/18 36/19 37/23
location-monitoring [4] 23/20 36/6 36/12 36/15
long [1] 7/3
longer [1] 39/12
look [1] 14/16

**L**

looked [2]  13/20 14/5
looking [4]  10/15
21/24 25/13 35/18
losing [1]  24/23
loss [3]  8/9 9/12 18/19
lost [2]  25/7 30/22
lot [1]  26/20
low [2]  32/3 38/5
low-risk [1]  32/3
LRM [1]  2/4
luck [1]  40/25

**M**

made [5]  29/21 30/19
33/11 33/23 37/9
mainly [2]  30/10 30/11
maintain [1]  36/10
major [1]  22/14
majority [1]  24/7
make [14]  4/23 8/2
12/16 13/11 13/14
14/12 28/21 28/25
29/19 29/20 33/13
33/25 36/3 40/24
makes [2]  10/20 32/8
making [4]  10/22 21/15
33/18 33/18
man [1]  27/6
mandatory [3]  9/18
35/7 35/21
manner [1]  8/12
many [3]  4/5 11/9
30/21
market [1]  25/4
matchup [1]  22/24
material [2]  5/20 6/7
materials [1]  4/9
math [1]  22/14
matter [6]  5/18 8/3
10/11 32/24 39/9 42/4
maximum [4]  8/4 8/5
9/11 39/12
may [12]  9/2 10/16
12/10 13/8 27/5 27/14
30/3 36/9 36/14 36/15
37/4 39/23
maybe [1]  10/5
McNamara [9]  1/13
3/14 4/13 5/19 10/5
11/1 16/24 29/2 40/4
me [19]  3/15 4/8 5/1
5/4 5/8 5/11 7/25 10/2
11/22 13/17 14/4 16/23
22/8 27/9 30/9 31/2
32/16 33/4 40/2
mean [3]  12/25 14/4
19/25
means [3]  8/17 32/22
32/23
mechanical [1]  2/24
medical [3]  20/22
36/23 36/25
member [2]  26/3 26/15
memo [2]  17/9 18/13
memoranda [1]  4/5
mental [1]  36/23
mentally [1]  30/9

mercy [2]  29/22 31/2
Merit [1]  2/20
methods [1]  22/20
mic [1]  7/2
microphone [3]  7/4
12/16 12/18
Middle [1]  30/11
might [5]  12/1 14/18
23/8 23/9 37/21
mind [1]  33/10
mine [1]  12/7
minimal [1]  38/12
minimis [1]  32/25
minimum [1]  12/22
misconduct [1]  18/15
missed [1]  30/15
mission [1]  34/15
missions [2]  25/21
27/25
missteps [1]  33/23
mistake [1]  30/19
mistaken [1]  14/1
mix [1]  20/14
modify [1]  14/9
money [10]  11/18 12/6
17/20 19/5 19/6 20/6
24/16 24/24 34/7 39/5
monies [1]  11/12
monitoring [13]  17/16
22/21 23/10 23/16
23/20 31/17 36/6 36/12
36/15 36/18 36/19
37/23 38/13
month [3]  23/22 36/7
37/15
months [15]  8/19
15/23 15/24 17/15
22/10 22/12 23/1 23/2
30/23 34/3 34/5 34/16
34/17 34/24 35/1
more [5]  23/1 23/17
27/10 27/13 33/3
morning [6]  3/13 3/17
3/18 3/19 3/23 3/24
mortgages [1]  25/12
MOSS [1]  1/10 3/3
most [2]  2/4 27/4
motion [2]  40/11 40/12
move [1]  40/23
Mr [1]  40/17
Mr. [27]  4/6 4/8 4/16
6/6 6/14 6/24 8/4 8/11
8/15 8/20 9/14 9/20
11/9 12/9 13/8 19/5
23/9 24/2 29/25 32/15
33/3 33/23 34/12 37/24
38/8 40/7 40/21
Mr. Coffield [10]  4/8
6/6 6/14 8/20 9/20 11/9
12/9 23/9 24/2 40/7
Mr. Hooks [1]  13/8
Mr. Iravani [11]  4/16
6/24 8/4 8/11 8/15 9/14
29/25 32/15 33/23
37/24 40/21
Mr. Iravani's [5]  4/6
19/5 33/3 34/12 38/8

member [7]
4/13 5/19 10/5 11/1
16/24 29/2 40/4
much [6]  14/23 19/20
19/20 20/24 29/6 32/9
multiple [3]  18/15
18/20 18/25
Muslim [1]  28/4
must [16]  16/4 16/16
35/10 35/11 35/12
35/13 36/1 36/3 36/6
36/19 37/2 37/6 37/14
37/18 37/20 39/15
my [25]  6/12 7/21 10/2
10/3 11/11 11/17 13/1
13/6 13/10 13/18 13/20
14/2 14/13 14/14 15/2
22/9 23/16 26/25 30/8
30/9 30/22 32/15 32/16
33/15 39/9
myself [3]  10/15 12/23
30/8

**N**

National [1]  2/3
nature [5]  16/16 18/13
32/17 32/23 38/7
near [1]  7/4
necessarily [1]  28/24
necessary [2]  16/6
17/24
need [10]  4/21 4/22
12/14 12/15 14/12
15/10 16/3 16/8 16/18
16/19
needs [1]  21/4
negative [1]  25/10
neither [1]  32/25
never [4]  11/11 12/3
24/10 24/11
new [2]  37/6 39/19
Newton [1]  3/12
next [3]  5/4 26/17
26/25
no [22]  1/4 4/14 5/22
6/2 6/22 8/16 8/25
13/24 15/7 15/24 20/10
20/10 21/1 25/8 29/4
31/10 31/14 33/21
35/23 40/5 40/8 40/12
Nodding [1]  15/15
nods [1]  15/16
none [1]  35/19
North [2]  27/20 28/1
Northwest [1]  38/16
not [54]
note [15]  18/13 18/19
20/1 21/3 21/16 22/7
22/18 24/18 24/25 25/3
25/6 26/3 27/19
noted [1]  34/3
notes [3]  18/6 18/23
24/15
nothing [2]  40/14
40/18
noticed [1]  40/3

noting [1]  20/5
now [4]  3/3 16/3 30/6
34/19
number [3]  4/17 22/11
25/19
numbers [1]  25/14
numerous [1]  18/25
NW [5]  1/14 2/5 2/10
2/15 2/22

**O**

objection [4]  6/7 8/20
8/25 35/22
objections [2]  5/20
40/2
obligation [1]  38/20
obligations [5]  11/14
11/23 36/24 38/9 38/14
observes [1]  26/18
obtained [1]  20/7
obviously [5]  10/18
18/1 24/6 32/18 33/15
off [3]  14/24 18/16
29/13
offender [1]  33/1
offenders [2]  32/3 32/7
offense [18]  8/4 8/8
8/14 8/17 9/8 9/12 16/9
16/11 16/17 18/13
18/16 24/17 32/17
32/18 32/20 33/20
32/22 39/22
office [19]  2/8 4/4
13/10 15/23 21/4 25/18
27/24 28/21 31/23
34/16 36/17 36/20 37/2
37/4 37/6 37/16 38/21
38/23 39/2
office's [2]  7/23 11/17
officer [7]  2/18 28/24
36/2 36/9 36/13 37/1
37/8
Official [1]  2/21
Oh [3]  5/25 14/22
20/17
Okay [21]  4/12 5/25 6/5
6/10 6/23 7/17 9/1
14/18 15/4 15/16 17/7
20/16 21/6 23/3 27/2
29/5 29/8 29/17 32/9
40/16 40/20
once [4]  14/8 27/16
27/17 32/4
one [18]  5/23 9/5 9/7
9/10 9/25 11/4 11/9
12/14 13/10 18/16
22/20 24/14 24/15
24/20 28/17 32/20
33/21 35/13
one-off [1]  18/16
one-time [1]  32/20
only [6]  14/8 14/9
25/16 27/25 29/16 31/4
open [1]  37/6
operation [1]  36/11
opportunity [5]  10/5
14/7 18/20 30/15 31/2

oppose [1]  10/18
order [12]  3/4 9/16
10/12 11/16 12/23
13/15 17/21 20/4 29/10
38/1 38/24 39/7
ordered [7]  17/18
17/19 34/6 35/3 36/14
36/24 39/5
orders [2]  13/7 29/14
organization [5]  9/15
17/18 18/17 21/18
37/12
organization's [1]
33/21
organizations [3]
25/19 27/16 34/14
Orthodox [1]  26/5
other [13]  4/9 11/9
20/3 20/4 23/5 25/16
27/11 27/13 33/5 33/24
36/4 36/25 38/9
others [4]  19/15 19/17
20/15 24/16
otherwise [1]  36/14
our [4]  23/6 29/3 30/7
31/17
out [2]  7/22 12/21
outstanding [2]  5/3
25/11
over [9]  18/14 18/15
18/20 20/2 25/7 25/20
27/17 28/1 32/19
overseas [1]  28/23
owed [1]  37/14
own [1]  19/5
owns [2]  18/25 25/11

**P**

p.m [2]  41/5 41/6
page [1]  24/7
paid [2]  11/13 38/20
pandemic [1]  30/23
paragraph [4]  18/6
18/8 21/24 35/20
part [3]  5/14 11/15 19/8
participants [2]  19/7
28/8
participate [2]  34/14
36/6
particular [2]  30/8
32/12
particularly [2]  38/7
38/12
parties [7]  4/22 8/7
15/13 17/13 19/18
20/18 40/9
parties' [3]  4/5 18/9
39/7
past [9]  10/1 10/13
11/1 11/19 13/2 13/21
14/5 14/14 27/17
path [1]  33/13
Pause [2]  12/19 32/10
pay [10]  9/14 10/19
17/18 18/7 23/20 34/6
35/3 37/14 37/18 37/21
payable [1]  38/14
paying [2]  12/4 37/25

# P

**payment [3]** 9/22 10/20 37/19
**peace [3]** 28/14 33/6 34/15
**pecuniary [1]** 9/12
**penalty [4]** 8/5 37/17 37/18 37/22
**people [18]** 24/12 24/13 24/22 26/9 26/20 26/22 27/5 27/9 27/11 28/10 28/14 29/19 29/20 30/12 30/13 33/5 33/7 33/25
**per [1]** 23/17
**percent [4]** 19/22 19/22 19/23 19/24
**period [9]** 28/12 29/11 32/19 34/10 35/11 36/7 36/12 39/12 40/22
**periodic [1]** 35/15
**permission [1]** 39/24
**person [2]** 27/7 29/21
**personal [1]** 11/11
**personally [1]** 12/3
**place [7]** 28/1 28/2 32/19 33/14 34/1 36/10 40/24
**placed [2]** 18/17 32/5
**placement [1]** 35/14
**Plaintiff [1]** 1/4
**planning [1]** 6/18
**plea [6]** 11/21 11/22 11/24 12/21 15/12 39/21
**plea agreement [4]** 11/21 11/22 11/24 12/21
**plead [2]** 8/5 21/12
**pleaded [1]** 3/25
**pleading [1]** 5/24
**please [4]** 3/4 3/9 12/12 25/24
**pleases [1]** 25/23
**pled [1]** 21/13
**plenty [1]** 24/12
**pocket [1]** 19/6
**podium [2]** 3/9 9/25
**point [4]** 23/6 24/9 25/8 31/13
**pointing [1]** 24/9
**policy [1]** 16/15
**portion [4]** 19/14 19/15 19/17 20/8
**position [5]** 10/4 10/8 11/7 19/11 20/6
**Positioning [1]** 36/16
**possess [1]** 35/11
**possible [2]** 19/19 19/21
**prefer [1]** 30/4
**preliminary [1]** 8/3
**prepared [2]** 10/19 25/1
**present [3]** 3/7 3/15 3/21
**presentence [16]** 4/3 5/2 5/16 5/17 5/21 6/8

16/2 24/25 25/9 38/21 39/1
**presentencing [1]** 29/14
**presiding [1]** 3/3
**Prettyman [1]** 2/21
**prevented [1]** 30/9
**previously [1]** 38/8
**primarily [1]** 18/12
**prior [1]** 22/18
**probably [1]** 13/2
**probation [40]** 2/18 3/11 4/4 7/22 9/7 9/10 15/23 17/15 22/18 22/25 23/10 28/21 28/24 29/2 29/15 31/15 31/23 34/4 34/10 34/16 34/24 35/1 35/6 35/8 35/9 35/16 36/2 36/8 36/9 36/13 36/17 36/20 37/1 37/2 37/4 37/8 37/16 38/21 38/23 39/2
**Probation Office [12]** 4/4 15/23 28/21 31/23 34/16 36/17 36/20 37/2 37/4 37/16 38/21 39/2
**probation officer [2]** 28/24 36/13
**probationary [1]** 22/22
**problem [6]** 6/2 14/8 21/2 24/4 24/8 30/7
**problems [1]** 24/14
**Procedure [1]** 39/5
**procedures [1]** 36/19
**proceed [5]** 3/21 4/17 13/1 14/11 15/3
**proceeding [2]** 6/13 40/10
**proceedings [6]** 1/9 2/24 13/4 14/2 41/6 42/4
**process [1]** 33/6
**procure [1]** 20/4
**produced [1]** 2/24
**professor [1]** 26/6
**program [1]** 36/7
**promote [2]** 16/10 16/14
**proper [1]** 15/9
**properties [3]** 19/1 25/11 25/12
**proposed [2]** 17/21 39/7
**protect [1]** 16/13
**provide [8]** 14/7 15/21 16/10 20/8 20/15 32/14 37/2 37/15
**provided [1]** 20/4
**provides [1]** 24/22
**provisions [1]** 34/21
**PSR [3]** 18/5 18/7 21/24
**public [1]** 16/13
**punishment [1]** 16/10
**purely [1]** 16/1
**purposes [7]** 6/12 10/22 16/6 16/8 17/25

**Pursuant [4]** 34/20 39/4 39/10 40/1
**put [5]** 15/22 24/3 29/15 33/10 40/23
**putting [1]** 21/21

# Q

**question [5]** 10/13 12/25 20/17 21/23 23/9
**questions [1]** 23/6
**quickly [1]** 21/16
**quite [2]** 21/24 33/16
**quote [1]** 29/19

# R

**radio [3]** 31/20 31/25 32/6
**raised [2]** 10/1 10/25
**RANDOLPH [2]** 1/10 3/3
**random [1]** 36/16
**Range [4]** 4/24 15/19 16/19 39/14
**rate [1]** 37/15
**re [1]** 23/25
**re-entry [1]** 23/25
**reacting [1]** 26/19
**reaction [1]** 33/21
**read [2]** 24/13 27/4
**readily [1]** 23/15
**ready [2]** 3/21 15/2
**really [3]** 25/14 26/14 30/24
**Realtime [1]** 2/20
**reason [1]** 26/19
**reasons [1]** 24/15
**receive [1]** 24/13
**received [2]** 19/13 28/15 39/20
**receiving [1]** 25/10
**recently [1]** 19/12
**recess [1]** 41/4
**recognition [4]** 28/5 31/21 32/1 32/5
**recommend [6]** 8/19 9/4 9/13 17/13 17/17 34/2
**recommendation [6]** 4/4 5/17 16/1 17/5 18/10 34/9
**recommendations [1]** 33/18
**recommended [4]** 9/10 15/23 21/14 34/16
**recommending [1]** 18/3
**recommends [1]** 38/5
**record [9]** 3/10 14/25 15/22 21/16 21/22 26/12 32/15 40/3 42/3
**recorded [1]** 2/24
**records [4]** 16/20 24/8 24/11 24/11
**recruited [1]** 28/3
**recruiting [1]** 28/10
**reduction [1]** 8/13
**referenced [1]** 18/2

**reflected [1]** 28/15
**Reform [1]** 34/20
**refrain [1]** 35/12
**regard [1]** 33/12
**regarding [1]** 15/20
**Registered [1]** 2/20
**regular [1]** 30/16
**rehabilitation [1]** 16/14
**related [1]** 28/22
**relates [1]** 33/20
**relating [1]** 5/3
**relatively [1]** 18/19
**release [6]** 9/3 9/4 15/24 34/17 37/3 38/21
**relevant [1]** 16/3
**religions [1]** 33/8
**religious [6]** 20/23 27/21 27/22 28/9 30/13 36/22
**rely [1]** 18/12
**remaining [1]** 23/2
**remarkable [1]** 26/14
**remarks [1]** 32/14
**remove [1]** 30/3
**repeated [1]** 18/15
**report [16]** 4/3 5/2 5/16 5/17 5/21 6/8 6/12 6/25 7/7 7/20 7/22 16/2 24/25 25/9 38/22 39/2
**reporter [5]** 2/19 2/20 2/20 2/21 12/16
**reports [1]** 21/3
**represented [1]** 8/11
**represents [2]** 8/15 18/8
**request [2]** 4/9 39/24
**requested [3]** 11/15 34/12 37/3
**requesting [1]** 34/14
**required [2]** 36/9 36/14
**requirement [1]** 35/25
**requirements [1]** 36/8
**reschedule [2]** 13/4 14/16
**residence [3]** 36/10 36/21 38/24
**residential [1]** 23/25
**resolve [3]** 4/22 5/3 5/6
**resources [1]** 21/12
**respect [8]** 4/23 16/10 16/25 20/12 21/25 32/16 33/1 36/17
**response [1]** 25/17
**responsibility [8]** 8/12 21/11
**restitution [20]** 9/15 9/23 10/9 10/13 10/22 11/13 11/15 12/4 12/24 13/14 13/15 15/25 17/18 34/6 34/17 36/3 36/5 37/9 37/14 37/25
**restricted [1]** 36/21
**result [1]** 19/14
**return [1]** 39/1
**review [2]** 6/25 7/6
**reviewed [5]** 4/3 4/4 4/5 4/6 5/2

**right [11]** 3/17 3/24 4/15 5/5 8/23 12/8 29/24 32/11 39/11 39/18 40/6
**rise [2]** 3/2 41/3
**risk [5]** 32/3 32/4 32/7
**RMR [2]** 42/2 42/8
**Room [1]** 2/11
**rough [3]** 19/21 23/10 25/14
**roughly [1]** 19/22
**ROWE [1]** 2/15
**Rule [1]** 39/4
**Rules [1]** 39/4

# S

**Sahel [1]** 28/1
**said [4]** 7/19 8/21 13/20 25/17
**salary [1]** 33/11
**same [3]** 13/3 17/21 27/9
**satisfied [1]** 7/12
**satisfying [1]** 11/13
**saved [1]** 21/11
**say [12]** 11/1 12/4 12/6 12/20 13/18 13/23 14/15 24/6 24/12 26/1 26/11 28/17
**schedule [1]** 37/19
**seal [1]** 21/18
**seat [1]** 31/11
**seated [1]** 3/4
**secondary [1]** 20/8
**Secretary [3]** 26/4 26/5 26/15
**Section [14]** 2/3 2/9 4/2 5/13 8/6 9/2 9/6 9/9 11/18 16/4 34/21 35/5 39/10 39/17
**Section's [1]** 12/7
**Sections [1]** 36/4
**Security [1]** 2/3
**see [5]** 11/1 15/16 15/18 25/9 26/20
**seek [1]** 15/13
**seeking [4]** 20/19 22/2 30/12 31/2
**seeks [1]** 34/4
**seem [1]** 10/16
**seems [2]** 13/22 22/25
**seen [2]** 11/11 12/3
**self [1]** 21/4
**self-employed [1]** 21/4
**sense [1]** 32/8
**sent [1]** 26/1
**sentence [26]** 5/12 5/15 8/4 8/19 15/10 15/21 15/23 16/5 16/8 16/12 16/18 16/19 17/14 17/24 18/9 21/14 28/18 34/2 34/16 34/19 36/5 38/24 39/11 39/13 39/18 40/2
**sentenced [1]** 34/24
**sentences [1]** 16/22
**sentencing [18]** 1/9 3/25 4/5 4/16 5/17

**S**

**sentencing... [13]**
15/20 16/7 17/3 17/6
17/9 17/12 17/25 18/12
32/13 34/20 34/22
39/14 39/22
**separate [7]** 10/16 11/8
11/14 11/23 13/7 13/22
14/15
**serious [1]** 32/18
**seriousness [1]** 16/9
**served [2]** 17/15 34/5
**service [2]** 7/14 36/11
**services [2]** 20/23
36/22
**session [1]** 3/3
**set [11]** 5/20 6/7 6/11
7/20 11/23 12/21 13/19
16/2 17/9 17/21 23/19
**several [1]** 30/16
**shall [7]** 35/1 35/6 36/8
37/9 38/18 38/21 39/1
**share [3]** 14/4 25/18
37/4
**sheet [1]** 37/19
**Sherry [2]** 2/18 3/12
**Sherry Baker [1]** 3/12
**shine [1]** 27/7
**shoe [1]** 27/7
**shoe-shine [1]** 27/7
**short [3]** 19/10 20/14
31/4
**shortly [1]** 25/18
**should [7]** 8/8 14/20
16/12 26/16 26/23
35/16 40/10
**showed [1]** 25/10
**sic [3]** 8/19 25/6 34/3
**signed [1]** 29/13
**significant [2]** 27/14
33/23
**similar [2]** 16/20 16/21
**simple [1]** 18/20
**simply [1]** 10/20 32/19
**since [1]** 25/4
**single [1]** 40/13
**sir [2]** 7/16 7/18
**situation [1]** 25/13
**six [1]** 8/9
**six-level [1]** 8/9
**small [4]** 5/23 17/6
18/19 20/7
**SmartLINK [3]** 31/21
32/1 32/6
**so [34]** 4/16 5/1 5/16
6/11 8/16 9/2 9/24 10/1
13/4 13/5 14/11 15/9
19/15 20/5 20/14 21/4
21/22 22/24 24/11
25/13 25/14 25/20
27/11 28/4 30/18 30/21
30/24 31/19 32/9 32/11
32/23 33/15 35/24
40/25
**So I think [1]** 9/24
**So it's [1]** 32/23
**Society [1]** 27/20
**some [7]** 20/7 20/12

32/14
**somebody [5]** 18/23
32/21 33/4 33/9 33/12
**someone [4]** 12/23
20/22 20/24 26/17
**something [4]** 19/23
22/3 26/11 29/10
**somewhere [2]** 19/23
19/24
**son [1]** 24/21
**sorry [4]** 5/25 11/2
30/5 30/24
**sort [3]** 20/8 21/4 26/20
**Sotomayor [1]** 29/18
**sounds [1]** 26/7
**source [1]** 25/8
**speak [2]** 6/16 7/2
**speaker [1]** 30/16
**speaking [3]** 12/15
22/18 22/25
**special [5]** 9/18 15/25
18/2 34/18 35/3
**specialist [1]** 31/17
**specified [5]** 5/13
13/18 13/21 16/4 36/20
**specify [1]** 31/22
**spiritually [1]** 30/9
**spoken [1]** 19/11
**stack [1]** 13/22
**stand [2]** 21/19 23/6
**standalone [1]** 13/21
**standard [2]** 11/22
35/7
**standing [2]** 3/12 7/3
**stands [1]** 41/4
**start [4]** 4/8 5/16 16/23
22/19
**starting [1]** 3/8
**starts [1]** 30/23
**state [3]** 26/5 26/16
35/10
**stated [1]** 31/24
**statement [7]** 4/7 11/7
21/17 21/20 24/15
24/17 27/1
**statements [1]** 16/16
**STATES [10]** 1/1 1/3
1/10 3/6 3/14 37/5
37/10 38/15 38/23 40/1
**statute [2]** 5/13 36/4
**statutes [1]** 10/8 10/15
13/18
**statutory [2]** 8/5 39/12
**stenography [1]** 2/24
**step [5]** 5/1 5/4 5/8
5/11 5/14
**steps [2]** 4/17 4/19
**still [2]** 19/2 21/9
**strange [5]** 10/2 10/7
10/16 13/16 13/23
**Street [4]** 1/14 2/5 2/10
2/15
**stress [1]** 38/10
**stricter [1]** 20/24
**strike [1]** 14/4
**strikes [1]** 13/17
**strong [1]** 19/1

**subject [2]** 35/2 37/25
**submit [1]** 35/13
**submitted [2]** 4/6
21/17
**substance [4]** 35/12
35/13 35/19 36/23
**substance-abuse [1]**
35/19
**substantial [1]** 37/25
**such [2]** 17/24 38/19
**suffering [1]** 30/18
**sufficient [3]** 15/20
16/5 17/24
**suggesting [2]** 20/10
22/1
**suggestion [1]** 19/5
**Suite [1]** 2/16
**summarize [1]** 7/25
**super [1]** 24/1
**supervised [4]** 9/3 9/4
15/24 34/17
**supervision [4]** 22/6
22/22 35/14 38/13
**support [3]** 18/4 26/13
31/2
**supporting [1]** 26/9
**sure [7]** 4/17 4/23 8/2
11/5 12/16 13/13 21/24
**surprising [2]** 11/10
12/2
**suspend [2]** 13/4 14/2
**system [2]** 10/21 36/16

**T**

**table [1]** 3/15
**take [4]** 14/15 22/23
28/1 30/24
**taking [1]** 28/2
**talk [1]** 6/19
**talked [2]** 27/6 29/2
**talking [1]** 22/4
**talks [1]** 22/1
**TD [1]** 25/6
**technology [2]** 31/22
36/8
**telephone [1]** 36/10
**tell [2]** 14/13 32/3
**tends [1]** 32/6
**term [5]** 9/3 9/4 9/10
17/14 34/24
**termination [1]** 39/3
**terms [1]** 25/16
**test [1]** 35/13
**testing [3]** 35/17 35/21
35/24
**tests [1]** 35/15
**than [11]** 16/6 17/24
22/4 23/1 23/17 26/16
27/10 27/14 32/22
37/15 39/12
**thank [25]** 3/12 3/21
4/15 5/25 6/5 6/10
12/13 14/23 15/4 15/5
15/7 17/2 20/16 21/6
21/22 24/1 29/24 31/5
31/6 32/9 32/11 40/19
40/20 41/1 41/2

3/21 4/15 5/25 6/5
12/13 14/23 15/4 15/5
15/7 17/2 20/16 21/6
21/22 24/1 29/24 31/5
31/6 32/9 40/20 41/1
41/2
**thankful [1]** 31/1
**thanks [3]** 9/1 12/4
23/7
**that [206]**
**that's [13]** 10/5 11/19
11/25 13/10 13/17
13/19 14/16 15/4 21/22
24/1 24/23 27/3 31/4
**their [4]** 13/24 25/20
31/1 34/9
**them [7]** 19/14 19/15
24/10 24/11 25/20
27/23 29/20
**then [15]** 4/22 5/4 5/11
5/14 6/11 7/19 8/14
13/14 13/21 15/10 20/7
22/5 22/11 25/5 25/11
**there [30]** 4/8 4/20 4/21
5/6 8/8 10/12 13/14
18/1 18/18 19/21 20/3
21/4 24/8 24/8 24/10
24/10 24/11 24/12
24/13 25/19 26/19 29/3
29/7 29/16 30/16 31/8
35/19 40/2 40/11 40/12
**there's [6]** 7/25 9/18
15/20 25/25 31/19
40/12
**thereafter [1]** 35/15
**Therefore [1]** 14/11
**these [10]** 4/19 19/20
27/11 27/25 28/10
28/11 28/13 30/18
33/21 38/6
**they [10]** 7/23 8/8
10/16 11/13 11/23
13/22 14/14 24/21 28/4
32/5
**they'll [1]** 13/24
**they're [3]** 11/7 13/13
20/19
**thing [6]** 12/14 21/22
25/16 27/4 27/13 28/17
**things [2]** 18/1 28/5
**think [37]** 6/17 7/25
8/21 9/24 10/14 10/17
11/9 11/23 14/1 14/6
15/2 15/19 19/13 19/18
20/14 22/3 22/5 24/3
24/6 24/9 25/9 26/10
26/14 26/23 27/3 27/13
27/15 28/23 29/9 33/16
33/17 33/20 34/8 35/16
38/5 38/11 40/9
**third [1]** 5/8
**this [60]**
**those [16]** 4/22 16/8
21/14 24/5 24/7 24/14
26/8 26/22 27/9 28/6
28/7 28/8 28/22 29/16
30/23 31/18

**thought [2]** 24/10
26/13
**thousand [2]** 38/2 38/7
38/11
**three [5]** 9/3 9/5 9/11
17/14 34/4
**through [7]** 4/17 4/19
8/1 10/20 10/21 30/7
30/21
**throughout [1]** 28/11
**time [12]** 4/11 6/24 7/6
7/9 14/17 29/11 30/24
30/25 31/3 32/19 32/20
38/19
**times [3]** 11/9 13/2
36/21
**titled [1]** 42/4
**today [8]** 4/16 13/1
14/3 14/11 17/6 21/14
21/19 40/10
**today's [3]** 5/1 6/13
13/4
**together [3]** 24/22
28/14 30/14
**told [2]** 10/14 11/19
**too [1]** 31/3
**took [2]** 18/16 32/19
**total [1]** 8/14
**tough [1]** 40/21
**towards [1]** 23/20
**tracking [1]** 36/16
**transcript [3]** 1/9 2/24
42/3
**transcription [1]** 2/24
**travel [4]** 29/4 29/6
29/13 30/17
**traveling [1]** 30/10
**treat [1]** 11/12
**treated [1]** 10/10
**treatment [5]** 36/23
39/1 39/3
**treats [4]** 27/6 27/7
27/8 27/9
**tremendously [1]** 30/7
**trip [1]** 28/23
**trips [5]** 28/7 28/10
28/11 28/21 29/16
**troublesome [1]** 14/5
**trust [2]** 18/16 32/23
**try [4]** 30/12 30/13
33/13 40/24
**trying [2]** 33/5 33/24
**turned [1]** 20/2
**Turning [1]** 18/11
**twice [1]** 9/11
**two [5]** 8/13 18/1 30/6
30/23 35/14
**two-level [1]** 8/13
**type [1]** 26/22
**types [3]** 16/21 26/22
31/20
**typical [1]** 10/8
**typically [7]** 10/10
11/24 14/9 20/25 27/25
32/3 32/5

**U**

**U.S [1]** 2/8

# U

**U.S.C [12]** 4/2 5/13 8/6
9/2 9/6 16/4 17/12
34/21 35/5 36/4 39/10
39/17
**unable [1]** 39/23
**unavailable [1]** 39/19
**unclear [1]** 29/7
**under [10]** 8/7 9/2 9/6
9/9 10/8 11/23 21/18
38/10 38/10 38/13
**understand [3]** 9/14
12/1 13/12
**understanding [10]**
10/2 10/3 13/6 13/10
14/2 23/16 23/21 27/20
28/4 29/3
**understood [2]** 10/7
14/10
**unfair [1]** 13/17
**UNITED [10]** 1/1 1/3
1/10 3/6 3/14 37/5
37/10 38/15 38/23 40/1
**United States [5]** 3/14
37/5 37/10 38/15 40/1
**United States of [1]**
3/6
**University [1]** 30/22
**unlawful [1]** 35/12
**unlawfully [2]** 20/7
35/11
**unless [3]** 12/7 23/5
36/13
**unobjected [1]** 18/5
**unobjected-to [1]** 18/5
**until [2]** 38/19 41/4
**unusual [1]** 11/10
**unwarranted [1]** 16/19
**up [8]** 6/19 9/3 13/2
13/20 21/7 22/8 22/16
28/20
**upon [1]** 39/2
**upward [1]** 39/13
**us [1]** 31/7
**USAO [2]** 1/13 2/2
**usdoj.gov [3]** 1/16 2/7
2/13
**use [4]** 20/7 22/10 24/5
35/12
**used [4]** 19/6 19/15
20/15 24/7
**usually [1]** 13/9

# V

**valet [1]** 27/8
**value [1]** 22/23
**various [2]** 4/21 22/20
**vary [2]** 38/6 38/11
**vast [1]** 25/19
**verification [1]** 37/16
**versus [3]** 3/6 19/20
40/1
**very [6]** 14/23 24/19
25/25 26/7 26/21 29/21
**via [1]** 21/10
**victim [9]** 4/7 9/15
17/18 18/17 21/17
21/18 33/20 37/11

**view [1]** 14/13
**violation [2]** 4/2 8/6
**visits [5]** 20/23 20/23
20/23 36/24 36/25
**voice [3]** 31/21 32/1
32/5
**vs [1]** 1/5

# W

**wait [1]** 31/7
**waiting [1]** 25/20
**waive [3]** 35/16 35/20
35/24
**want [15]** 9/21 10/23
13/1 13/3 14/2 14/6
14/15 15/22 23/8 23/9
26/11 27/16 27/22 30/5
32/14
**wanted [1]** 31/17
**warranted [2]** 5/7
15/11
**was [27]** 18/17 18/17
18/18 20/2 20/4 20/6
21/9 21/10 21/12 22/9
22/13 24/5 24/10 24/16
24/25 25/1 25/1 25/10
29/3 29/16 29/16 30/10
30/17 32/20 32/23 33/2
40/12
**Washington [7]** 1/5
1/15 2/5 2/11 2/16 2/22
38/17
**wasn't [2]** 32/19 33/19
**way [6]** 12/21 13/17
13/19 13/22 22/21 27/9
**ways [2]** 30/13 33/8
**WCoffield [1]** 2/17
**we [22]** 6/9 10/18
10/23 11/14 11/15 13/4
14/11 14/16 17/4 18/19
20/14 24/6 24/8 24/9
24/9 24/14 26/2 27/11
28/11 29/11 30/21
40/10
**we would [1]** 10/18
**We'd [1]** 17/17
**we'll [1]** 23/6
**we're [7]** 3/24 4/23
10/23 12/5 15/2 19/13
22/4
**we've [2]** 11/9 24/4
**wealthy [1]** 18/25
**wear [1]** 36/14
**wearing [1]** 12/18
**weighs [2]** 33/15 33/16
**weight [2]** 26/16 26/23
**weird [1]** 11/8
**well [13]** 7/19 11/20
12/25 15/19 22/7 31/8
34/7 34/17 34/22 35/7
38/1 38/9 40/20
**were [14]** 5/18 19/16
20/3 24/7 24/8 24/11
24/13 26/9 26/13 27/15
29/15 32/24 33/2 33/21
**what [14]** 5/4 10/6 11/1
11/19 13/18 20/1 22/4

31/18 31/22 33/20
33/22
**what's [1]** 25/14
**Whatever [1]** 30/4
**when [3]** 10/13 14/5
27/16
**where [3]** 10/12 13/6
13/22
**whereas [1]** 20/24
**whether [11]** 5/2 5/7
10/19 10/20 10/21
10/21 13/1 15/10 20/19
28/22 40/2
**which [20]** 5/13 8/4
8/17 18/6 20/3 20/18
21/11 21/23 22/2 22/12
22/20 28/11 30/10
31/24 32/19 33/11 35/8
35/19 38/22 39/8
**while [10]** 18/18 20/17
22/24 26/7 27/3 27/24
29/16 29/16 35/6 35/9
**who [15]** 6/15 18/25
24/13 26/17 26/20
26/21 26/21 27/7 27/24
30/12 32/21 33/4 33/7
33/9 33/12
**who's [3]** 3/25 18/24
**who've [1]** 16/20
**why [1]** 28/11
**will [9]** 3/8 6/11 7/19
13/24 22/14 25/18
28/24 38/9 39/7
**William [4]** 2/14 2/19
42/2 42/8
**wire [1]** 4/1
**wise [1]** 30/8
**wishes [1]** 21/19
**within [4]** 17/14 35/14
38/18 39/15
**within-Guidelines [1]**
17/14
**without [3]** 36/10 37/7
39/24
**witnesses [2]** 6/15
6/21
**won't [1]** 13/24
**word [2]** 12/2 12/3
**work [8]** 20/22 24/21
27/17 27/18 28/13
28/22 29/12 40/24
**work-related [1]** 28/22
**worked [1]** 27/14
**world [6]** 28/1 30/10
30/15 33/13 33/25
40/24
**would [46]**
**wrapping [1]** 21/7
**writing [1]** 27/14
**written [2]** 21/20 27/15

# Y

**Yeah [3]** 10/25 15/16
31/11
**year [4]** 9/5 9/10 28/11
30/17
**years [11]** 8/6 9/3 9/5

18/20 30/6 30/17 34/4
**Yes [15]** 6/4 6/5 7/1 7/5
7/8 7/11 7/15 7/16 7/18
8/24 12/12 14/20 17/1
23/24 28/19
**yesterday [1]** 19/12
**yet [1]** 19/2
**you [95]**
**you'd [2]** 13/5 14/15
**you're [12]** 4/9 7/4 8/23
12/16 12/17 22/1 22/2
26/25 35/3 36/21 39/5
39/23
**you've [2]** 5/2 24/13
**your [73]**
**Your Honor [49]**
**yourselves [1]** 3/10

# Z

**Zaremba [3]** 2/19 42/2
42/8
**zero [1]** 8/17